UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

XYZ CORPORATION,

    PLAINTIFF,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    DEFENDANTS.

CASE NO.: 1:21-CV-05067

## DECLARATION OF ANN MARIE SULLIVAN

I, Ann Marie Sullivan, of the City of Chicago, in the State of Illinois, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, XYZ Corporation ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I have experience filing trademark and copyright infringement and anti-counterfeiting litigation involving primarily foreign-based defendants, and I have knowledge of the behaviors of the defendants' activities after filing cases.

3. Third-parties routinely work in concert with accused counterfeiters in an effort to facilitate evading intellectual property enforcement efforts.

4. One such third-party is an entity doing business as "Sellerdefense," a Chinese organization and website that monitors counterfeit enforcement lawsuits in this Judicial District.

5. When Sellerdefense observes an intellectual property rights-holder having filed a lawsuit, it announces this activity on its website, posting the Complaint and all other public pleadings, and recommend that sellers cease their counterfeiting activity, liquidate their associated financial accounts, and change the payment processors that they currently use to accept payments in their online stores.

6. Attached hereto as Exhibit 1, is a true and correct copy of the article titled: "SHAUN THE SHEEP SHAUN THE SHEEP WAS REPRESENTED BY THE AMS LAW FIRM AND WAS REMOVED AS SOON AS POSSIBLE TO AVOID THE DEFENDANT! A LIST OF BACON BIN LARD CANS IS ATTACHED!" *See* https://sellerdefense.cn/shaun-the-sheep-new-case/ (Last Accessed: July 28, 2021).

7. Attached hereto as Exhibit 2, is a true and correct copy of the article titled: "THE HIDDEN CASE BROKE OUT AS THE NEW AGENCY BRAND UFC OF AMS LAW FIRM. WISH HAS BEGUN TO FREEZE AND IS REMOVED QUICKLY! ! !" *See* https://sellerdefense.cn/ufcnew/ (Last Accessed: July 28, 2021).

8. The articles attached in Exhibit 1 and 2, regarding the disclosure of the Plaintiff's name in two other cases, have between 1,183 and 1,329 views respectively, and caution sellers to remove their products and funds from associated accounts as soon as possible.

9. In another article posted on the SellerDefense website, which also has upwards of 1,150 views, a screenshot of the chat group that sellers are involved in can be seen, as the SellerDefense website provides links to over 15 "WeChat" or "QQ" groups, all of which have reached their maximum capacity.

10. Attached hereto as Exhibit 3, is a true and correct copy of the article titled: "URGENT! HOLMES SHERLOCK HOLMES SERIES PRODUCTS PLEASE HURRY OFF THE SHELVES, A LARGE NUMBER OF SELLERS HAVE BEEN FROZEN!" *See*

https://sellerdefense.cn/ams-sherlock-21cv929/ (Last Accessed: July 28, 2021).

11. In yet another article, SellerDefense details all clients and brands represented by AM Sullivan Law, LLC, and discusses the process of trying to ascertain the Plaintiff's name. Attached hereto as Exhibit 4, is a true and correct copy of the article titled: "ALERT! AMS RECENTLY ISSUED TWO MORE ANONYMOUS CASES, WITH A COMPLETE LIST OF AMS AGENT BRANDS!" *See* www.sellerdefense.cn/amsagencybrand (Last Accessed: July 28, 2021). *See also:* https://www.amz123.com/thread-718900.htm (Last Accessed: July 28, 2021), true and correct copy of which is attached hereto as Exhibit 7.

12. SellerDefense is one of the most popular of these types of monitoring websites; however, there are many other websites and third-parties working to assist counterfeit sellers.

13. Another website that works to assist counterfeit sellers describes its services as "Broadcast the latest infringement cases on cross-border platforms + track and predict the latest trends of foreign rogue law firms + brand knowledge sharing + one-stop infringement solutions, to be the most intimate security guard for cross-border sellers!" This website also monitors activity in this District, and posts any relevant information, alerting counterfeit sellers to the name and identity of Plaintiffs.

14. Attached hereto as Exhibit 5, is a true and correct copy of the article titled: "bad! The popular cross-border animation element "Teenage Ninja Turtles" has been represented by the law firm AM!" See https://www.amz123.com/thread-721842.htm (Last Accessed: July 28, 2021).

15. Attached hereto as Exhibit 6, is a true and correct copy of the following website, which was reached by searching the www.amz123.com website using the keywords "AM Sullivan." *See* https://www.amz123.com/search.htm?keyword=am%20sullivan (Last Accessed: July 28, 2021).

16. I personally visited the following websites on June 25, 2021, all of which offer the

3

same or similar services to those offered by SellerDefense: https://www.egainnews.com/search?keyword=am+sullivan+law; http://www.away-sp.com/news2_681867.html; https://www.jiyikj.com/Article/Detail/630407613707714561; https://zhuanlan.zhihu.com/p/343784255; http://www.hanchenglawfirm.com/index.php?m=content&c=index&a=lists&catid=81; https://www.joogx.com/50552.html; https://www.cifnews.com/article/74995; https://www.sohu.com/a/365023628 _190834; https://www.saibeiip.com/headline/information-d3395.html; http://www.haixiangkuajing.com/newsdetail_2659475.html.

17. http://www.kjds123.cn/ (describes its services as: "1. Focus on brand knowledge sharing 2. Analysis and handling of cross-border e-commerce complaints of intellectual property rights 3. Cross-border e-commerce platform tracking and early warning of the latest intellectual property cases All information is organized at: www.kjds123.cn") (Last Accessed: June 25, 2021).

18. If Plaintiff's identity is known in the lawsuit, based on my experience, Defendants will undertake activity designed to frustrate Plaintiff's efforts to prosecute this action and collect any potential judgment entered against the Defendants. This assertion is based upon Plaintiff's counsel's previous and current experience in cases involving analogous facts.

19. Specifically, such activity will likely include, without limitation, Defendants: (a) blocking access to their sites in the United States so that trademark-holders are unable to view the Defendants online postings and, therefore, unable to gather important evidence; (b) closing their Defendant Internet Stores and opening up new online stores with new registration and account information in order to evade the action; and (c) transferring assets from their financial accounts, closing those accounts, and reopening new financial accounts so as to avoid asset restraints, leaving Plaintiff without remedy.

20. When accessing the articles and websites identified herein and attached hereto as exhibits, Google Translate was used to translate the content.

21. For these reasons, in the absence of the ability to proceed temporarily under a pseudonym, Defendants could and likely would move any assets from accounts in financial institutions subject to this Court's jurisdiction to offshore accounts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 24, 2021, at Chicago, Illinois.

/s/ *Ann Marie Sullivan*
Ann Marie Sullivan

**COUNSEL FOR PLAINTIFF**