## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

XYZ CORPORATION,

     PLAINTIFF,

V.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

     DEFENDANTS.

CASE NO.: 1:21-cv-05067

## DECLARATION OF ANN MARIE SULLIVAN | EXHIBITS

**EXHIBIT 1** "SHAUN THE SHEEP SHAUN THE SHEEP WAS REPRESENTED BY THE AMS LAW FIRM AND WAS REMOVED AS SOON AS POSSIBLE TO AVOID THE DEFENDANT! A LIST OF BACON BIN LARD CANS IS ATTACHED!"
https://sellerdefense.cn/shaun-the-sheep-new-case/ (Last Accessed: July 28, 2021).

**EXHIBIT 2** "THE HIDDEN CASE BROKE OUT AS THE NEW AGENCY BRAND UFC OF AMS LAW FIRM. WISH HAS BEGUN TO FREEZE AND IS REMOVED QUICKLY! ! !"
https://sellerdefense.cn/ufcnew/ (Last Accessed: July 28, 2021).

**EXHIBIT 3** "URGENT! HOLMES SHERLOCK HOLMES SERIES PRODUCTS PLEASE HURRY OFF THE SHELVES, A LARGE NUMBER OF SELLERS HAVE BEEN FROZEN!"
https://sellerdefense.cn/ams-sherlock-21cv929/ (Last Accessed: July 28, 2021).

**EXHIBIT 4** ALERT! AMS RECENTLY ISSUED TWO MORE ANONYMOUS CASES, WITH A COMPLETE LIST OF AMS AGENT BRANDS!"
www.sellerdefense.cn/amsagencybrand (Last Accessed: July 28 2021).

**EXHIBIT 5** "bad! The popular cross-border animation element "Teenage Ninja Turtles" has been represented by the law firm AM!"
https://www.amz123.com/thread-721842.htm (Last Accessed: July 28 2021).

**EXHIBIT 6** https://www.amz123.com/search.htm?keyword=am%20sullivan (Last Accessed: July 28, 2021).

**EXHIBIT 7** "What are the brands represented by AMS law firms that like to conceal new cases so far? look here!"
https://www.amz123.com/thread-718900.htm (Last Accessed: July 28, 2021).

# EXHIBIT 1

7/28/2021
Case 1:21-cv-05067 Document #: 7-2 Filed: 09/24/21 Page 3 of 74 PageID #:48
Shaun the Sheep Shaun the sheep was represented by the AMS law firm and was removed as soon as possible to avoid the defendant! …



List of cases    Brand Library    Case representation    Law Firm Information

Trademark registration    common problem    other

# SHAUN THE SHEEP SHAUN THE SHEEP WAS REPRESENTED BY THE AMS LAW FIRM AND WAS REMOVED AS SOON AS POSSIBLE TO AVOID THE DEFENDANT! A LIST OF BACON BIN LARD CANS IS ATTACHED!

Home / Other law firms / Shaun...

ull · Post Views: · 1,184

This morning we received feedback from the seller that the Wish store was frozen. After investigation, it was determined that it was Shaun the sheep.

The agency law firm is also an AMS law firm that likes copyright. If there are similar products, take them off the shelves as soon as possible!



## Shaun the sheep

Case No.: 21-cv-158

Plaintiff Company: Aardman Animations

Acting Law Firm: AM Sullivan Law, LLC

Place of Indictment: IL

The company is known for producing stop-motion animation, clay animation and computer animation works. Representative works include "Super Invincible Head Dog Series", "Fantastic Pirates" and "Shaun the Sheep".

Brand official website: https://www.shaunthesheep.com/





**Trademark + Copyright:**

Searching for keywords on major platforms, I found that most of the products directly use the brand word trademark and the image copyright of Xiaoyang Xiaoen, which is extremely easy to infringe.

# SHAUN THE SHEEP

| Word Mark | SHAUN THE SHEEP |
|---|---|
| Goods and Services | (CANCELLED) IC 003. US 001 004 006 050 051 052. G & S: [ Non-medicated toilet preparations, namely, toilet soap lipstick, eye shadow, eye liner, foundation, talcum powder; preparations for use in bath or shower, namely, shampoo, conditioners, hair bleach and hair gel; preparations for cleaning teeth, namely, toothpaste and non-medicated mouthw namely, shaving gel, shaving foam, and after shave lotions; deodorants and anti-perspirants for personal use; essenti namely, soap, body splash, and hand and body creams; non-medicated mouthwash and rinse; nail care preparations, scouring and abrasive preparations, namely, preparations for removing cosmetics, namely, cotton wool and cotton pa preparations against sun burn; cleaning preparations, namely, all purpose cleaning preparations, hair cleaning prepara bleach and laundry stain removers, potpourri sachets, wind screen cleaning preparations; essential oil flavorings for u |

IC 009. US 021 023 026 036 038. G & S: Radio, television, cable and satellite recordings and cinematographic films, health, ] fiction, sports, [ leisure, motoring, religion, law, crime, ] video games, quizzes, [ cookery ] nature, [ gardening technology, horror, ] classic movies [ and western movies, ] science fiction, [ decorating, interior design, ] science and video and data recordings on CD-ROMs, magnetic disks, optical disks, audio and video tape, and recorder/players fo and video tape; pre-recorded discs, records, tapes, CD-ROMs, compact disks, digital versatile disks (DVDs), sound a exercise and fitness, health, ] fiction, sports, [ leisure, motoring, religion, law, crime, ] video games, quizzes, [ cookery geology, biology, technology, horror, ] classic movies [ and western movies, ] science fiction, [ decorating, interior desi



| | | |
|---|---|---|
| **ROBIN ROBIN** | **TIMMY TIME** |  |
| Goods and Services: Soaps, cosmetic preparations for the skin, face, body and hair; liquid soaps, shower and bath... | Goods and Services: Online retail store services featuring merchandise and DVDs related to animated characters | Goods and Services: Bath, bar and beauty soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices; ... |
| LIVE (Circa: 2020) | LIVE (Circa: 2019) | LIVE (Circa: 2019) |
| ROBIN ROBIN | TIMMY TIME | Mark Words (NOT AVAILABLE) |

| | | |
|---|---|---|
| | **TIMMY TIME** | **CREATURE COMFORTS** |
| Goods and Services: Bleaching preparations and other substances for laundry use, namely, laundry detergent, laund... | Goods and Services: Bleaching preparations and other substances for laundry use, namely, laundry detergent, lau... | Goods and Services: [ Non-medicated toilet preparations, namely, toilet soap and toilet water; cosmetics, namely,... |
| LIVE (Circa: 2010) | LIVE (Circa: 2010) | LIVE (Circa: 2006) |
| Mark Words (NOT AVAILABLE) | TIMMY TIME | CREATURE COMFORTS |

 

| | | |
|---|---|---|
| **SHAUN THE SHEEP** | | Image Unavailable |
| Goods and Services: [ Non-medicated toilet preparations, namely, toilet soap and toilet water; cosmetics, namely,... | Goods and Services: [ Non-medicated toilet preparations, namely, toilet soap and toilet water; cosmetics, namely,... | Goods and Services: Motion picture film and audio, video and digital tape recordings featuring animated character... |
| LIVE (Circa: 2006) | LIVE (Circa: 2006) | LIVE (Circa: 1998) |
| SHAUN THE SHEEP | Mark Words (NOT AVAILABLE) | CREATURE COMFORTS |

**Examples of posting:**

You can see that the products below all have trademarks and copyrighted pictures of characters.

(The picture below is only an example and does not represent infringing goods)



7/28/2021
Case: 1:21-cv-05067 Document #: 7-2 Filed: 09/24/21 Page 6 of 74 PageID #:51
Shaun the sheep: Shaun the Sheep was represented by the World law firm, and was urged to act soon as possible to avoid the defendant! …



# Bacon Bin Lard Can

Case Number: 21-cv-121

Plaintiff Company: TALISMAN DESIGNS, LLC

Acting Law Firm: FERENCE & ASSOCIATES LLC

Place of Indictment: Pennsylvania

A total of 43 shop defendants are listed in this case:

| Defendant No. | Defendant/Store Name | Seller ID |
|---|---|---|
| 1 | YOOMIE | A3RBVW6FDFNKIC |
| 2 | Autonomier-US | A3A1TEPEPQ7NOM |
| 3 | BESTARY | A17MOFTYE4PKSU |
| 4 | Binpure | AKYC54J0AWIFP |
| 5 | canwei | A11NAMAISXAE7U |
| 6 | Cary Electronic(China) | A3E4CV0XUBPVVF |
| 7 | Dankoshon shops | A22MZERV2XDQ5X |
| 8 | DDTC-us | A3LWUK2KVLL6KR |
| 9 | difuluoen | A2EQKGK75H5YTC |
| 10 | Eleviey | AUP5WNAQQ2NMR |
| 11 | GENGGU | A2VQ3B116L1568 |
| 12 | Golf Professional | A2090WPV676MON |
| 13 | guo jinlei | A18W8HB7MYSM41 |
| 14 | HUIER STORE | A3A3GI8YMBE5ON |
| 15 | IN1S | AWL3DJU0XDWT1 |
| 16 | JHFDSD | AGQEZ8M1LWECR |
| 17 | Jilei Keji | AFC5DEAY1LM0A |
| 18 | JiliJili | A2SRG09212P007 |
| 19 | KELAIEN | A79G11MBEB0JA |
| 20 | KITBE | A1XC4AEM2BORZB |
| 21 | luoyangqixunshangmaoyouxiangongsi | ADYT0CWIDZKVG |

https://sellerdefense.cn/shaun-the-sheep-new-case/

| Defendant No. | Defendant/Store Name | Seller ID |
|---|---|---|
| 22 | luxbox | A2ER2C9N8QNA3V |
| 23 | lygg | A32VY65T9IT14Q |
| 24 | manbl | A1DQ8AWC43L9LB |
| 25 | Meitongda daily necessities | AJIZE4YNQIV1K |
| 26 | MOUNTAINTOP | AZWCJPIKKGWAK |
| 27 | Q.&L. | AZ7251T6HI1YN |
| 28 | rao jintang | A1IWGB4982OFGA |
| 29 | RUSTCHG BTHCHP | A25PYXE2AY8JCS |
| 30 | Shan Xi Xin Li Yuan Wang Luo Ke Ji You Xian Gong S | A4SRJ0GURFN3N |
| 31 | SJHP | A3VF67YWYV8RQ7 |
| 32 | STILLKEEPER | ARJ09JL9RSTTH |
| 33 | Sunmoon | A3NFUR13LS26RR |
| 34 | Wanshuin | A32D7QR57OAV3N |
| 35 | Willtuan | A8ZG5TE6ZO55B |
| 36 | wuyongyou5 | AFE7WOSN1NIB7 |
| 37 | XIAOLONGLEE | A2V0TSN1A9DEWY |
| 38 | Ycanware | A2ANEGZNQRJEKQ |
| 39 | yingying123 | A2XDFT7AF84C1I |
| 40 | yishen9986 | A2DBZ34F7C67MQ |
| 41 | Yuanyunni | ASNERO9R5Z31H |
| 42 | Z.J. Store   (Free delivery within 15 days) | A3E7IPK20ALHW |
| 43 | ZZZOEY | A2F7CQUVK5SQ95 |

The above is all the content brought to you today.

For more first-hand news, you can follow our official Douyin account, save the picture, open the Douyin APP and scan the QR code to follow us. We will share some of the latest, most comprehensive and fastest news about intellectual property on Douyin.



SellerDefense

我们的口号是分享、防御、互助，我们致力于为卖家
的跨境电商生意保驾护航!

使用最新版抖音扫码，关注@SellerDefense

## contact us

You can join the SellerDefense group discussion: QQ 16 group: 721813793. (If you **have already added other groups, you don't need to add them again** )

Or visit our official SellerDefense website for the latest news: https://sellerdefense.cn/

SellerDefense US trademark registration, the lowest price in the market, please contact us if you need brand registration!

Sellers who have been frozen are welcome to contact us as soon as possible, with over 8,000 case handling experience, long press and identify the QR code below to add friends. We will provide all aspects of the most professional **free** consulting services for different cases .



Category:   Other law firms   •   Aaron   •   February 4, 2021   •   comment

label:   Shaun the sheep



Author:  Aaron

---

HISTORICAL ARTICLES

**Nearly 500 accounts were sued for this wedding dress! Which pictures cannot be used directly? More case lists will be released!**

FUTURE ARTICLES

**New brand! The first case of Weed Snatcher weeder, the picture is copyrighted, and it hasn't been frozen, quickly remove it!**

## Related Posts

Here comes the new Chinese brand! U-shaped full-body pillows and octopus dolls on popular e-commerce platforms are frozen, and cross-border sellers are hit



Scrape-A-Round cone ice scraper is a new infringing brand? In addition to ELVIS, the Elvis trademark also has ELV1S

April 28, 2021



Shaun the sheep should the sheep be represented by the NTD law firm and was negovious born as possible! Do with the defendant! ...
again!

May 12, 2021

alert! The 10 popular copyright designs of
Sneaker Match are about to be frozen,
please withdraw them as soon as possible!

April 24, 2021

The anonymous case of SAPER law firm is
open, another new brand GLIDER CAPO
guitar capo

April 22, 2021

New brand! EPS Law Firm represented
Squishmallows plush toys, and the
defendants were independent stations

April 20, 2021

The new law firm represents the new brand
EverRatchet ratchet wrench, and Bunch O
Ballons makes a comeback

April 19, 2021

# Post a comment

Your email address will not be published * is a required field

comment

Name*

e-mail*

Website

☐ Save my name, email, and website in this browser for the next time I comment.

**submit comments**

Type and press Enter...

SellerDefense WeChat Official Account



U.S. law firm case settlement agent



QQ 1 group: 295380184 (full)
QQ 2 group: 672085077 (full)
QQ 3 group: 866864037 (full)
QQ 6 group: 613979161 (full)
QQ 8 group: 781447834 (full)
QQ 10 group: 812058032 (Full)
QQ 12 group: 852478737 (Full)
QQ 15 group: 789733094 (Full)
QQ16 group: 721813793
WeChat: dearzhi2019
WeChat public account: SellerDefense

**Law Firm Agent Brand**

GBC Agency Brands
Keith Agency Brands
EPS Agency Brands
David Agent Brand Collection

**Useful links**

How can cross-border sellers reduce the risk of being sued for infringement
AliExpress Intellectual Property Zone
Dunhuang Net Intellectual Property Area



Ebay VERO

How to search for a US trademark

How to search for a Chinese trademark

Basic knowledge of litigation settlement

## Categories

Baker

David

EPS

FERENCE

GBC

GulbransenLaw

HSP

Johnson&Pham LLP

Keener

KEITH

LOEB

SKGF

SLADKUS

SMG

SpencePC

Uncategorized

Other law firms

SellerDefense.cn 2017-2018

Shanghai ICP No. 13015943-1

Shanghai Public Network Security No. 31011502012751



# EXHIBIT 2



List of cases     Brand Library     Case representation

Law Firm Information     Trademark registration

common problem     other

# BRAND UFC OF AMS LAW FIRM. WISH HAS BEGUN TO FREEZE AND IS REMOVED QUICKLY！！！

Home / Other law firms / Hidden case burst...

📊 · Post Views: · 1,339

After the festive carnivals of Christmas and New Year's Day, the law firm has also begun to take action.

Today, some sellers reported that Wish has been frozen. We checked the brand UFC, which is the new agent of AMS law firm. It was a hidden case before.



## 20-cv-7229

Brand: UFC Ultimate Fighting Championship

brand companies: Zuffa, LLC

sued Time: 2020/12/7

proxy firm: AMS

prosecution to: IL

The UFC (Ultimate Fighting Championship) is currently the world's top and largest professional mixed martial arts event, holding more than 20 sessions every year



List of cases    Brand Library    Case representation

Law Firm Information    Trademark registration

common problem    other

     

UFC Unisex Hoodie with Built-in Face Cover - Black   $65.00    UFC Holiday Ornament   $15.00    Men's Conor McGregor The King has Returned Long Sleeve T-Shirt - Black   $45.00    Men's UFC Ultimate Sphere T-Shirt - Cardinal   $35.00    UFC Conor McGregor Tiger Eyes Beanie   $30.00    Men's UFC Holiday Lights T-Shirt - Kelly Green   $30.00

## 商标

此公司注册了很多商标，但是最主要的是UFC这三个字母，绝对不可以使用在产品当中。

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 90249911 | | TUF THE ULTIMATE FIGHTER | TSDR | LIVE |
| 2 | 90075876 | | UFC FIT | TSDR | LIVE |
| 3 | 90090022 | | DWCS | TSDR | LIVE |
| 4 | 90089944 | | DWCS | TSDR | LIVE |
| 5 | 90089907 | | DWCS | TSDR | LIVE |
| 6 | 90089758 | | DWCS | TSDR | LIVE |
| 7 | 88613032 | | BMF | TSDR | LIVE |
| 8 | 88870103 | | UFC FIGHT ISLAND | TSDR | LIVE |
| 9 | 88176571 | | UFC ULTIMATE SPIRITS | TSDR | LIVE |
| 10 | 88681222 | 6218170 | UFC WATCH PARTY | TSDR | LIVE |
| 11 | 88668011 | 6218124 | UFC FIGHTLORE | TSDR | LIVE |
| 12 | 88610072 | | UFC GYM HEAT | TSDR | LIVE |
| 13 | 88472825 | | UFC ACADEMY | TSDR | LIVE |
| 14 | 88472800 | | UFC ACADEMY | TSDR | LIVE |
| 15 | 88453380 | | UFC APEX | TSDR | LIVE |
| 16 | 88257044 | | ZUFFA BOXING | TSDR | LIVE |
| 17 | 88256970 | | ZUFFA BOXING | TSDR | LIVE |
| 18 | 88176832 | | UFC BODY | TSDR | LIVE |
| 19 | 88178034 | | ULTI-MAN | TSDR | LIVE |
| 20 | 88176423 | | UFC ULTIMATE MXS | TSDR | LIVE |
| 21 | 88472839 | | UFC ACADEMY COMBINE | TSDR | LIVE |
| 22 | 88176901 | | UFC BODY | TSDR | LIVE |
| 23 | 88178328 | | UFC | TSDR | LIVE |
| 24 | 88176967 | | UFC BODY | TSDR | LIVE |
| 25 | 88555315 | 6182841 | UFC WORLD CHAMPION UFC WORLD UFC CHAMPION MCMXCIII UFC WORLD CHAMPION UFC | TSDR | LIVE |
| 26 | 88555248 | 6182840 | UFC WORLD CHAMPION UFC WORLD UFC CHAMPION MCMXCIII UFC WORLD CHAMPION UFC | TSDR | LIVE |
| 27 | 88453426 | | UFC APEX | TSDR | LIVE |
| 28 | 88039939 | | TRAIN DIFFERENT | TSDR | LIVE |
| 29 | 88039867 | | CLASS UFC GYM | TSDR | LIVE |
| 30 | 88039759 | | CLASS UFC GYM | TSDR | LIVE |
| 31 | 88568960 | 6165435 | UFC THE WALK | TSDR | LIVE |
| 32 | 88355355 | | DANA WHITE'S CONTENDER SERIES | TSDR | LIVE |
| 33 | 88494373 | | UFC PERFORMANCE INSTITUTE | TSDR | LIVE |
| 34 | 88494369 | | UFC PERFORMANCE INSTITUTE | TSDR | LIVE |
| 35 | 88494367 | | UFC PERFORMANCE INSTITUTE | TSDR | LIVE |
| 36 | 88494358 | | UFC PERFORMANCE INSTITUTE | TSDR | LIVE |
| 37 | 88494353 | | UFC PERFORMANCE INSTITUTE | TSDR | LIVE |
| 38 | 88494335 | | UFC PERFORMANCE INSTITUTE | TSDR | LIVE |
| 39 | 88494328 | | UFC PERFORMANCE INSTITUTE | TSDR | LIVE |
| 40 | 88494323 | | UFC PERFORMANCE INSTITUTE | TSDR | LIVE |
| 41 | 88494309 | | UFC PERFORMANCE INSTITUTE | TSDR | LIVE |
| 42 | 88423677 | | ULTIMATE FIGHTING CHAMPIONSHIP | TSDR | LIVE |
| 43 | 88423673 | | ULTIMATE FIGHTING CHAMPIONSHIP | TSDR | LIVE |
| 44 | 88953402 | | UFC FIGHT ISLAND | TSDR | LIVE |
| 45 | 88953363 | | UFC FIGHT ISLAND | TSDR | LIVE |
| 46 | 88613114 | | BADDEST MOTHERFUCKER | TSDR | LIVE |
| 47 | 88613069 | | BADDEST MOTHERFUCKER | TSDR | LIVE |
| 48 | 88159224 | 6142507 | UFC ULTIMATE SOUND | TSDR | LIVE |
| 49 | 88159203 | 6142506 | UFC ULTIMATE SOUND | TSDR | LIVE |
| 50 | 88175412 | 6091791 | 25 YEARS | TSDR | LIVE |



List of cases　　Brand Library　　Case representation

Law Firm Information　　Trademark registration

common problem　　other

| | |
|---|---|
| | 26.15.21 - Polygons that are completely or partially shaded |
| Serial Number | 88178351 |
| Filing Date | November 1, 2018 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | March 12, 2019 |
| Owner | (APPLICANT) Zuffa, LLC LIMITED LIABILITY COMPANY NEVADA 6550 South Torrey Pines Drive Las Vegas NEVADA 89118 |
| Attorney of Record | Jennifer Ko Craft |
| Prior Registrations | 3647555;3647556;AND OTHERS |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of a clenched, gloved hand inside an octagon with the stylized text "UFC" |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | DEAD |
| Abandonment Date | December 14, 2020 |

# UFC FIT

| | |
|---|---|
| Word Mark | UFC FIT |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Downloadable software application for communication devices and media players for … recordings featuring fitness, personal training, exercise, sports, mixed martial arts and entertainment via global communication … |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 90075876 |
| Filing Date | July 27, 2020 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | October 27, 2020 |
| Owner | (APPLICANT) Zuffa, LLC LIMITED LIABILITY COMPANY NEVADA 6650 South Torrey Pines Drive Las Vegas NEVADA 89118 |
| Attorney of Record | Jennifer Ko Craft |
| Prior Registrations | 2706754;4710350;4963166;AND OTHERS |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FIT" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

## 刊登举例

大家如果使用了商标，尽快下架。



Custom 3D Boxing Ring Mural Boxing Fighting UFC Sports Fitness Club Image Background Decorative Wall Gym Wallpaper

★★★★★ 5.0 ⌄ · 1 Review · 3 orders

## US $9.70　~~US $16.73~~ -42%

US $2.00 New User Coupon　Get coupons

Color:

    

Dimensions: 1m2

1m2

Quantity:

⊖ 1 ⊕ 12200 Square Meter available

**Free Shipping**





## SellerDefense

我们的口号是分享、防御、互助，我们致力于为卖家的跨境电商生意保驾护航!

使用最新版抖音扫码，关注@SellerDefense

---

**联系我们**

大家可以加SellerDefense群讨论：QQ 16群：721813793。（**已经加过其它群的不用重复加**）

或进入我们SellerDefense官方网站查询最新消息：https://sellerdefense.cn/

SellerDefense美国商标注册，市场最低价，需要品牌备案的抓紧联系我们吧!

已经被冻结的卖家欢迎第一时间联系我们，超8000起案件处理经验，长按并识别下方二维码即可加好友。 我们会针对不同案情提供全方面最专业的**免费**咨询服务 。



长按二维码关注

分类： 其他律所 • Aaron • 1月 4, 2021 • 评论

标签：　UFC



List of cases　　Brand Library　　Case representation

Law Firm Information　　Trademark registration

common problem　　other

历史的文章

**EPS律所代理新品牌B&O耳机连发两案，紧急下架，赶快提现！另附被告名单！**

未来的文章

**注意！隐藏案件披露为J Mark围裙，亚马逊已经开始冻结，侵权原因竟是版权，速度下架！**

## Related Posts

又来国人新品牌！U型全身枕、火爆电商平台的章鱼娃娃均冻结，跨境卖家再遭暴击！

5月 12, 2021

Scrape-A-Round圆锥冰刮板是新侵权品牌？猫王商标除了ELVIS还有ELV1S

4月 28, 2021

alert! The 10 popular copyright designs of Sneaker Match are about to be frozen, please withdraw them as soon as possible!

April 24, 2021

The anonymous case of SAPER law firm is open, another new brand GLIDER CAPO guitar capo

April 22, 2021

New brand! EPS Law Firm represented Squishmallows plush toys, and the defendants were independent stations

April 20, 2021

The new law firm represents the new brand EverRatchet ratchet wrench, and Bunch O Ballons makes a comeback

April 19, 2021

## Post a comment

Your email address will not be published * is a required field

comment

# SellerDefense

List of cases    Brand Library    Case representation

Law Firm Information    Trademark registration

common problem    other

**submit comments**

Type and press Enter...

SellerDefense WeChat Official Account



U.S. law firm case settlement agent



QQ 1 group: 295380184 (full)
QQ 2 group: 672085077 (full)
QQ 3 group: 866864037 (full)
QQ 6 group: 613979161 (full)
QQ 8 group: 781447834 (full)
QQ 10 group: 812058032 (Full)
QQ 12 group: 852478737 (Full)
QQ 15 group: 789733094 (Full)
QQ16 group: 721813793
WeChat: dearzhi2019
WeChat public account: SellerDefense

7/28/2021　　　　The hidden case that reveals the new agency brand of Cronson Law Firm and 21 ... has begun to freeze images, move quickly!！！！ – Selle...

Case 1:21-cv-05067 Document #: 7-2 Filed: 09/24/21 Page 20 of 74 PageID #:65



**Useful links**

How can cross-border sellers reduce the risk of being sued for infringement

AliExpress Intellectual Property Zone

Dunhuang Net Intellectual Property Area

Ebay VERO

How to search for a US trademark

How to search for a Chinese trademark

Basic knowledge of litigation settlement

---

**Categories**

Baker

David

EPS

FERENCE

GBC

GulbransenLaw

HSP

Johnson&Pham LLP

Keener

KEITH

LOEB

SKGF

SLADKUS

SMG

SpencePC

Uncategorized

Other law firms



**List of cases**    **Brand Library**    **Case representation**

**Law Firm Information**    **Trademark registration**

**common problem**    **other**

# EXHIBIT 3



urgent! Holides SHERLOCK HOLMES latest products please hurry off the shelves, a large number of sellers have been frozen! – Seller…

| List of cases | Brand Library | Case representation |

Law Firm Information     Trademark registration

common problem     other

# PLEASE HURRY OFF THE SHELVES, A LARGE NUMBER OF SELLERS HAVE BEEN FROZEN!

Home / Other law firms / urgent! Fore...

📊 • Post Views: • 1,160

In the afternoon, many sellers reported that the backstage funds were frozen, and only the case number 21-cv-929 was displayed! Asked the background Xiao He confirmed that it was **Sherlock Holmes SHERLOCK HOLMES** infringement!

The agency law firm is AMS (full name: AM Sullivan Law, LLC). Many sellers have published or are publishing Sherlock-related peripheral products. This kind of hot IP has a very high possibility of stepping on thunder.



The law firm in this case was also very cautious. When the case was first opened, the plaintiff's information was completely hidden. Now the relevant documents can only see one plaintiff's company.

The picture below is the frozen email received by AliExpress sellers:



贵司需要先解决诉讼及侵权事实才可以解除对速卖通账户上还美元资金的冻结。如贵司在美国法院胜诉或与权利人达成和解并满足后方可ibration解。请见下方权利人代理的联络信息。

原告律师：Alison Carter
原告律所：AM Sullivan Law, LLC
原告律所地址：1440 W. Taylor St. #515, Chicago, Illinois 60607,USA
原告律师电话：+1 224.258.9378

## Case parameters

案件号：21-cv-929
起诉时间：2021/2/19
冻结时间：2021/3/19左右
原告公司：Conan Doyle Estate Ltd.
代理律所：AM Sullivan Law, LLC

间隔一个月就开始冻结，速度还是很快的，最先收到冻结通知的是速卖通卖家，但绝对不仅只有这个平台，下周开始其它平台卖家也会陆续收到通知。

律所在冻结完成以前是不会公布被告名单的，但是预计这次起诉的人数不会少。

## SHERLOCK HOLMES 夏洛克·福尔摩斯

夏洛克·福尔摩斯 Sherlock Holmes，英国伦敦人，是由19世纪末的英国侦探小说家阿瑟·柯南·道尔所塑造的一位才华横溢的侦探。不光是小说，根据小说改编的电视剧、电影都成功。

原告公司Conan Doyle Estate Ltd. 就是以作者名字命名的，相关网站：https://conandoyleestate.com/

List of cases    Brand Library    Case representation

Law Firm Information    Trademark registration

common problem    other





## 注册商标

SHERLOCK HOLMES福尔摩斯的名字绝对不要碰，有卖家反馈标题使用的的是FOR HOLMES，还是被起诉了。

如果不是这次还抓版权，那就有另一种可能，产品图片可能侵权了原告公司注册的其它商标。

# SHERLOCK HOLMES

| | |
|---|---|
| Word Mark | SHERLOCK HOLMES |
| Goods and Services | IC 028. US 022 023 038 050. G & S: Playing cards, board games, puzzles, and action figures |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77937852 |
| Filing Date | February 17, 2010 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | August 11, 2020 |
| International Registration Number | 1432267 |
| Owner | (APPLICANT) Conan Doyle Estate Limited CORPORATION UNITED KINGDOM 9 London R |
| Attorney of Record | Breanna Contreras |
| Prior Registrations | 4313984;4690745;5396601 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |



List of cases      Brand Library      Case representation

Law Firm Information      Trademark registration

common problem      other

| | |
|---|---|
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 87712178 |
| Filing Date | December 7, 2017 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | April 24, 2018 |
| Owner | (APPLICANT) **Conan Doyle Estate**, Ltd. CORPORATION UNITED KINGDOM 9 London Road Southampton UNITED |
| Attorney of Record | Benjamin Allison |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | **LIVE** |

作者的形象的图片商标：



| | |
|---|---|
| Goods and Services | IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed matter, namely, books and short s |
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 02.01.01 - Busts of men facing forward ; Heads of men facing forward ; Men - heads, portraiture, |
| Serial Number | 87751177 |
| Filing Date | January 11, 2018 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | April 24, 2018 |
| Registration Number | 5698880 |
| International Registration Number | 1428136 |
| Registration Date | March 12, 2019 |
| Owner | (REGISTRANT) Conan Doyle Estate, Ltd. CORPORATION UNITED KINGDOM 9 London Roa |
| Attorney of Record | Benjamin Allison |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of a drawing of the head and to |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Other Data | The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular livir |
| Live/Dead Indicator | **LIVE** |

其它文字商标：



List of cases　　Brand Library　　Case representation

Law Firm Information　　Trademark registration

common problem　　other

| 6 | 87751177 | 5698880 | |
| 7 | 87882563 | 5626736 | ARTHUR CONAN DOYLE |
| 8 | 86126503 | 4690745 | SHERLOCK HOLMES |
| 9 | 86690768 | 5055732 | ARTHUR CONAN DOYLE |
| 10 | 85447511 | 4313984 | SHERLOCK HOLMES |
| 11 | 85229790 | 5396601 | SHERLOCK HOLMES CONAN DOYLE ESTATE LTD |
| 12 | 85229775 | 4117117 | PROFESSOR CHALLENGER |
| 13 | 85229786 | 4061527 | CONAN DOYLE ESTATE LTD. |
| 14 | 79258278 | 5958343 | ARTHUR CONAN DOYLE |
| 15 | 77937852 | | SHERLOCK HOLMES |

## 刊登举例

夏洛克周边产品太多了，并且很多销量都还不错：





Sherlock Holmes 221B Baker Street Key Necklace Vintage Antique Bronze Silver Color Pendant Hot Movie Jewelry Men Women Wholesale

★★★★★ 4.8 ∨　90 Reviews　244 orders

US $0.85　US $1.22　-30%

Metal Color:

Quantity:
－ 1 ＋　3999378 pieces available

Shipping: US $1.40　Free shipping for orders over US $30.00 via the selected shipping method
to United States via Cainiao Super Economy Global ∨
Estimated Delivery: 37-57 days ⑦

7/28/2021    Sherlock Holmes SHERLOCK HOLMES related products please during 00 214 observes age number of leads have been frozen! – Seller…

Case 1:21-cv-05067 Document #: 7-2 Filed: 09/24/21 Page 28 of 74 PageID #:73





Size:

XXS  XS  S  M  L  XL  XXL  XXXL  4XL

**Sherlock Holms** Detective Cosplay Disfraz Halloween Costumes For Kids Role Play Game Performance Party Clothing

★★★★★ 5.0 ⌄  1 Review  1 order

## US $25.19  ~~US $45.80~~  -45%

US $2.00 off on US $69.00  Get coupons





Color: Sherlock Holms Kids



Size:

S  M  L

Source: Sherlock Holms

Sherlock Holms

Quantity:

单独使用SHERLOCK风险也很大:



Sherlock Quotes John Watson tv Shows 221b i am Sherlocked Holmes Vintage Gift Men Women Girls Unisex T-Shirt

## US $6.99 - 12.89

Color:



Size:

S  M  L  XL  XXL  XXXL  4XL

Quantity:

重点总结

7/28/2021
Case: 1:21-cv-05067 Document #: 7-2 Filed: 09/24/21 Page 29 of 74 PageID #:74
Urgent! Holidays-GNE05001X HOODIE raises products, please hurry! By the adverse large number of people have been frozen! – Seller…



大家可以加SellerDefense群讨论：QQ 16群：721813793。（**已经加过其它群的不用重复加**）

或进入我们SellerDefense官方网站查询最新消息：[https://sellerdefense.cn/](https://sellerdefense.cn/)

SellerDefense美国商标注册，市场最低价，需要品牌备案的抓紧联系我们吧！

已经被冻结的卖家欢迎第一时间联系我们，超8000起案件处理经验，长按并识别下方二维码即可加好友。 我们会针对不同案情提供全方面最专业的**免费**咨询服务 。



分类： 其他律所 • Zoey • 3月 19, 2021 • 评论

标签：　sherlock　　SHERLOCK HOLMES



作者： Zoey

---

历史的文章

‹　紧急下架！新品牌Big Green Egg隐秘冻
结，赶快提现！

未来的文章

案件汇总！这些新品牌你要知道，附一案名
单　›

## Related Posts

又来国人新品牌！U型全身枕、火爆电商平
台的章鱼娃娃均冻结，跨境卖家再遭暴击！



Scrape-A-Round圆锥冰刮板是新侵权品牌？
猫王商标除了ELVIS还有ELV1S

7/28/2021
Case 1:21-cv-05067 Document #: 7-2 Filed: 09/24/21 Page 30 of 74 PageID #:75
Agent Holidas-SVT BLOCK A HUGE business products please during the 2nd/3rd version urge number 4! Feage Have been frozen! – Seller...



List of cases          Brand Library          Case representation

Law Firm Information          Trademark registration

common problem          other

新品牌！EPS律所代理Squishmallows毛绒
玩具，被告都是独立站
4月 20, 2021

新律所代理新品牌EverRatchet棘轮扳手，
Bunch O Ballons水气球卷土重来
4月 19, 2021

## 发表评论

Your email address will not be published * is a required field

comment

Name*

e-mail*

Website

☐ Save my name, email, and website in this browser for the next time I comment.

**submit comments**

Type and press Enter...

SellerDefense WeChat Official Account



List of cases　　　Brand Library　　　Case representation

Law Firm Information　　　Trademark registration

common problem　　　other



QQ 1 group: 295380184 (full)

QQ 2 group: 672085077 (full)

QQ 3 group: 866864037 (full)

QQ 6 group: 613979161 (full)

QQ 8 group: 781447834 (full)

QQ 10 group: 812058032 (Full)

QQ 12 group: 852478737 (Full)

QQ 15 group: 789733094 (Full)

QQ16 group: 721813793

WeChat: dearzhi2019

WeChat public account: SellerDefense

**Law Firm Agent Brand**

GBC Agency Brands

Keith Agency Brands

EPS Agency Brands

David Agent Brand Collection

**Useful links**

How can cross-border sellers reduce the risk of being sued for infringement

AliExpress Intellectual Property Zone

Dunhuang Net Intellectual Property Area

Ebay VERO

How to search for a US trademark

How to search for a Chinese trademark

Basic knowledge of litigation settlement

**Categories**

7/28/2021
Case 1:21-cv-05067 Document #: 7-2 Filed: 09/24/21 Page 32 of 74 PageID #:77
Urgent! Holidas-GM 9500K7 HQ-M Mass-market products, please hurry up! Adverse arge number of accounts have been frozen! – Seller…



List of cases     Brand Library     Case representation

Law Firm Information     Trademark registration

common problem     other

HSP

Johnson&Pham LLP

Keener

KEITH

LOEB

SKGF

SLADKUS

SMG

SpencePC

Uncategorized

Other law firms

SellerDefense.cn 2017-2018
Shanghai ICP No. 13015943-1

Shanghai Public Network Security No.
31011502012751

# EXHIBIT 4



| List of cases | Brand Library | Case representation |

| Law Firm Information | Trademark registration |

| common problem | other |

# ALERT! AMS RECENTLY ISSUED TWO MORE ANONYMOUS CASES, WITH A COMPLETE LIST OF AMS AGENT BRANDS!

Home / Uncategorized / alert! AM...

📶 Post Views: • 1,251

Yesterday, I wrote an article about [Keener Law Firm's brand encyclopedia](#), and today I will popularize AMS Law Firm's agency brands.

The picture below is an anonymous case initiated by AMS two days ago. The number of defendants has not yet been announced, whether it is an old brand or a new brand.

You can follow us to learn more first-hand news

| 起诉时间 | 案件号 | 起诉地 | 律所 | 类型 | 品牌 | 品牌方 |
|---|---|---|---|---|---|---|
| 2020/12/7 | 20-cv-7229 | IL | AMS | ? | ? | XYZ Corporation |
| 2020/12/7 | 20-cv-7226 | IL | AMS | ? | ? | XYZ Corporation |

AMS is a law firm that started defending rights only this year, so there are not many brands represented, there are nine in total.

For more brand information, please visit SellerDefense official website

Official website: [https://sellerdefense.cn/](https://sellerdefense.cn/)

## Peppa Pig (trademark + copyright)





Brand library-currently listed with nearly-anonymous cases with a complete collection of agent brand - SellerDefense

List of cases    Brand Library    Case representation

Law Firm Information    Trademark registration

common problem    other



Note: Not eligible for Amazon Prime.

Color: **Blue**

$17.69 + Free Shipping

Add to Cart

Buy Now

Ships from and sold by

- Size: 11.81inch * 10.63inch* 3.14inch
- Material-This backpack is made of high-quality lightweight and waterproof

# Einstein (Trademark)



| | |
|---|---|
| Word Mark | EINSTEIN PROS THE SMART CHOICE |
| Goods and Services | IC 035. US 100 101 102. G & S: Franchise services, namely, offering business management and consultation in the establishment and operation restoration services. FIRST USE: 20121231. FIRST USE IN COMMERCE: 20161231 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 02.01.01 - Busts of men facing forward ; Heads of men facing forward ; Men - heads, portraiture, or busts facing forward ; Portraiture of men facing... 02.01.05 - Historical men (American) ; Men, famous ; Presidents (American) 24.09.07 - Advertising, banners ; Banners |
| Serial Number | 88443569 |
| Filing Date | May 23, 2019 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | June 2, 2020 |
| Owner | (APPLICANT) The Hebrew University of Jerusalem not-for-profit corporation ISRAEL Mt. Scopus Jerusalem ISRAEL 91905 |
| Attorney of Record | Eva J. Pulliam |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PROS" APART FROM THE MARK AS SHOWN |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of an illustrated image of Albert Einstein's bust. To the right of the bust are the w... |



List of cases    Brand Library    Case representation

Law Firm Information    Trademark registration

common problem    other

| 7 | 88385946 | | EINSTEIN | | TSDR | LIVE |
|---|---|---|---|---|---|---|
| 8 | 87295100 | 5572917 | EINSTEINMOJI | | TSDR | LIVE |
| 9 | 87430756 | | PROFESSOR EINSTEIN | | TSDR | LIVE |
| 10 | 87361616 | | EINSTEIN2 | | TSDR | LIVE |
| 11 | 86023978 | 5984567 | EINSTEIN | | TSDR | LIVE |
| 12 | 86226093 | 5944328 | EINSTEIN | | TSDR | LIVE |
| 13 | 86915492 | 5202802 | EINSTEIN'S OILERY | | TSDR | LIVE |
| 14 | 79095761 | 5747883 | EINSTEIN VISION | | TSDR | LIVE |
| 15 | 78977440 | 3591305 | ALBERT EINSTEIN | | TSDR | LIVE |
| 16 | 78273219 | | EINSTEIN | | TSDR | LIVE |
| 17 | 78273213 | | ALBERT EINSTEIN | | TSDR | LIVE |
| 18 | 78487259 | 5955726 | EINSTEIN | | TSDR | LIVE |
| 19 | 78487257 | 5955725 | EINSTEIN | | TSDR | LIVE |
| 20 | 78487256 | 5955724 | EINSTEIN | | TSDR | LIVE |
| 21 | 78487254 | 4339058 | EINSTEIN | | TSDR | LIVE |
| 22 | 78272756 | 2862827 | | | TSDR | LIVE |
| 23 | 78487263 | | EINSTEIN | | TSDR | LIVE |
| 24 | 77355013 | | MAX EINSTEIN | | TSDR | LIVE |
| 25 | 77233486 | 3466016 | E EINSTEIN'S PLUMBING AND HEATING, INC. | | TSDR | LIVE |
| 26 | 76041565 | 3451673 | EI2 EINSTEIN INDUSTRIES, INC. | | TSDR | LIVE |
| 27 | 75519755 | | EINSTEIN | | TSDR | LIVE |
| 28 | 75721806 | 2338577 | UNIVERSITY OF THE JEWISH PEOPLE | | TSDR | LIVE |
| 29 | 74500436 | 1936070 | ALEPH | | TSDR | LIVE |
| 30 | 73633732 | 1479104 | EINSTEIN | | TSDR | LIVE |



初音未来 Hatsune Miku（商标）

7/28/2021



List of cases    Brand Library    Case representation

Law Firm Information    Trademark registration

common problem    other

IC 015. US 002 021 036. G & S: Electronic musical instruments; music synthesizers; electronic musical keyboards; musical instruments; cases for musical instrum

IC 016. US 002 005 022 023 029 037 038 050. G & S: Paper and cardboard; gift wrapping paper; toilet paper; stationery; pocket memorandum books; note books; paper party decorations; ink stamps; posters; calendars; books in the field of music or comics; trading cards; magazines in the field of music, comics or cartoons;

IC 018. US 001 002 003 022 041. G & S: Rucksacks; carry-on bags; shoulder bags; handbags; suitcases; credit card cases; key bags; purses; business card ca

IC 021. US 002 013 023 029 030 033 040 050. G & S: Combs; electric and non-electric toothbrushes; powder compacts; hair brushes; dishes; drinking vessels; ke

IC 024. US 042 050. G & S: Towels of textile; face towels of textile; bath towels; covers for cushions; pillowcases; bed sheets; bed blankets; mattress covers; tape

IC 025. US 022 039. G & S: Coats; sweaters; leggings; rainwear; nightwear; underwear; swimsuits; bathing caps; camisoles; dressing gowns and bath robes; tee sandals; sneakers; boots; women's shoes; infants' shoes and boots; slippers; masquerade costumes

IC 028. US 022 023 038 050. G & S: Dolls; toy figures; stuffed toys; Christmas tree ornaments except confectionery and electric Christmas tree lights; jigsaw puzz

IC 030. US 046. G & S: Tea-based beverages; coffee-based beverages; bread; sandwiches; hamburger sandwiches; pizza; hot dog sandwiches; candy; gummy c

IC 032. US 045 046 048. G & S: Aerated water; mineral water; fruit juice; vegetable juice; whey beverages

IC 041. US 100 101 107. G & S: Providing on-line electronic publications in the nature of e-magazines or books featuring music, comics or cartoons, not downloa playback of music via global communications networks and providing pre-recorded music to mobile communications devices via a global computer network and w

IC 042. US 100 101. G & S: Providing temporary use of a non-downloadable web-based software application for music composing; dress designing



New Vocaloid Hatsune Miku Figma 014 PVC Action Figure Toy Anime...

**RMB 73.92**    19 bids    2d 11h

Free International Shipping

♡ Watch



Sponsored

2019 Hatsune Miku Sakura Anime Action Figure Collection Model...

**RMB 80.50**

Buy It Now

Free International Shipping

♡ Watch



Hatsune Miku Sakura Anime Action Figure Kids Toy Doll Gift Cake...

**RMB 79.09**

Buy It Now

Free International Shipping

♡ Watch



Anime Hatsune Miku rabbit ear ver action figure collectible model...

**RMB 134.27**    10 bids    1d 14h

Free International Shipping

♡ Watch



Nendoroid Vocaloid Sakura Hatsune Miku PVC Figure #97A

**RMB 36.93**    4 bids    4d 7h

Free International Shipping

♡ Watch



USA SELLER FAST&FREE US SHIPPING

Hatsune Miku 2019 Sakura 8" Anime Action Figure Collection...

**RMB 96.81**

Was: RMB 101.91 5% off

Buy It Now

Free shipping

264 sold



Anime Nendoroid 500# Hatsune Miku Sakura Miku PVC Action...

**RMB 80.56**    0 bids    2d 13h

or Best Offer

+RMB 55.72 shipping

♡ Watch



Hatsune Miku Halloween Ver. Nendoroid #448 Anime PVC...

**RMB 114.74**

Was: RMB 120.78 5% off

Buy It Now

Free International Shipping

♡ Watch

## 鲁比克 RUBIK'S Cube （商标）



List of cases    Brand Library    Case representation

Law Firm Information    Trademark registration

common problem    other



SEVEN TOWNS LIMITED (UNITED KINGDOM CORPORATION)
7 LAMBTON PLACE
LONDON W11 2SH, ENGLAND

FOR: LICENSING OF INTELLECTUAL PROPERTY, IN CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 11-0-1998; IN COMMERCE 11-0-1998.
OWNER OF U.S. REG. NOS. 1,242,974 AND 1,265,094.
THE DRAWING IS LINED FOR THE COLORS RED AND GREEN. THE REMAINING COLORS -- WHITE, BLUE, YELLOW, AND

ORANGE -- DO NOT APPEAR IN THE DRAW-ING, BUT ARE CLAIMED AS A FEATURE OF THE MARK.
THE MARK CONSISTS OF A BLACK CUBE HAVING NINE COLOR PATCHES ON EACH OF ITS SIX FACES WITH THE COLOR PATCH-ES ON EACH FACE BEING THE SAME AND CONSISTING OF THE COLORS RED, WHITE, BLUE, GREEN, YELLOW AND ORANGE.

SN 75-105,330, FILED 5-2-1996.

DORITT L. CARROLL, EXAMINING ATTOR-NEY



**Iron Maiden铁娘子（商标+版权）**



List of cases　　Brand Library　　Case representation

Law Firm Information　　Trademark registration

common problem　　other



| IRON MAIDEN | IRON MAIDEN | TROOPER | Mark Words (NOT AVAILABLE) |
| --- | --- | --- | --- |

IRON MAIDEN | IRON MAIDEN | IRON MAIDEN | IRON MAIDEN

**Goods and services:** musical sound recordings; musical video and audio recordings; digital music downloadable from...

LIVE (Circa: 2009)

**Goods and services:** entertainment services-namely, live musical entertainment performances rendered by a vocal an...

LIVE (Circa: 1983)

**Goods and services:** inclusion on paper or cardboard products-namely, posters, souvenir concert programs, stickers...

LIVE (Circa: 1983)

**Goods and services:** clothing-namely, t-shirts, jerseys, sweat-shirts, hats, jackets and leather wrist bands

LIVE (Circa: 1983)



×

Iron Maiden Crossed Flags Men's Black T-Shirt

**$24USD** 🧡

Size:
Select Size ▾

Color:
Black 🧡 ▾

**Buy**

♡ Add to Wishlist



# 忍者神龟 TMNT（商标）

# TMNT

| | |
| --- | --- |
| Word Mark | TMNT |
| Goods and Services | IC 025. US 022 039. G & S: Clothing, footwear and headgear, namely, cloth aprons, bandanas, bathing suits, clothing belts, hats, headbands, outwear jackets, jumpsuits, mittens, neckwarmers, children's pram suits, children's raincoats, robes, sock: |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Trademark Search Facility Classification Code | LETTER-3-OR-MORE TMNT Combination of three or more letters as part of the mark |
| Serial Number | 78916465 |
| Filing Date | June 26, 2006 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | February 13, 2007 |
| Registration Number | 3370778 |
| International Registration Number | 0910136 |
| Registration Date | January 15, 2008 |
| Owner | (REGISTRANT) Mirage Studios, Inc. CORPORATION DELAWARE 16 Market Street Northampton MASSACHUSETTS 010 |
| | (LAST LISTED OWNER) VIACOM INTERNATIONAL INC. CORPORATION DELAWARE 34TH FLOOR 1515 BROADWAY I |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Prior Registrations | 2635150;3112465 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170324. |
| Renewal | 1ST RENEWAL 20170324 |
| Live/Dead Indicator | LIVE |



List of cases    Brand Library    Case representation

Law Firm Information    Trademark registration

common problem    other



**惊喜娃娃 L.O.L. SURPRISE!（版权）**



List of cases    Brand Library    Case representation

Law Firm Information    Trademark registration

common problem    other

| 8 | 88079905 | | BRATZ | TSDR | LIVE |
|---|----------|---|-------|------|------|
| 9 | 88854322 | | DOJO BATTLE | TSDR | LIVE |
| 10 | 88918575 | | FRONTLINE HERO RACERS | TSDR | LIVE |
| 11 | 88847929 | | TOBI | TSDR | LIVE |
| 12 | 88841128 | | RAINBOW HIGH | TSDR | LIVE |
| 13 | 88819749 | | RIP RAINBOWS IN PIECES | TSDR | LIVE |
| 14 | 88819745 | | RIP RAINBOWS IN PIECES | TSDR | LIVE |
| 15 | 88819742 | | NA! NA! NA! SURPRISE | TSDR | LIVE |
| 16 | 88819737 | | NA! NA! NA! SURPRISE | TSDR | LIVE |
| 17 | 88080107 | 6091614 | POOPSIE SURPRISE UNICORN | TSDR | LIVE |
| 18 | 88819755 | | WRECK ROYALE | TSDR | LIVE |
| 19 | 88819753 | | WRECK ROYALE | TSDR | LIVE |
| 20 | 88939873 | | TOYS 2 GO | TSDR | LIVE |
| 21 | 88939812 | | TOYS WE WANT | TSDR | LIVE |
| 22 | 88939807 | | TOYS U WANT | TSDR | LIVE |
| 23 | 88923652 | | I LIKE TOYS | TSDR | LIVE |
| 24 | 88923650 | | LIKES TOYS | TSDR | LIVE |
| 25 | 88819727 | | VIRO RIDES | TSDR | LIVE |
| 26 | 88080120 | | POOEY PUITTON | TSDR | LIVE |
| 27 | 87912636 | 5719861 | SMOOSHINS | TSDR | LIVE |
| 28 | 87461400 | 5374191 | L.O.L. SURPRISE! | TSDR | LIVE |
| 29 | 87461324 | 5374188 | L.O.L. SURPRISE! | TSDR | LIVE |
| 30 | 86826557 | 4990475 | GEL-A-PEEL | TSDR | LIVE |
| 31 | 86598968 | 4999540 | NUM NOMS | TSDR | LIVE |
| 32 | 86065844 | 4941768 | LALALOOPSY TINIES | TSDR | LIVE |
| 33 | 78302487 | | KALI | TSDR | LIVE |
| 34 | 77979280 | 3819747 | BE TRUE! BE YOU! | TSDR | LIVE |
| 35 | 77097138 | 3610825 | | TSDR | LIVE |
| 36 | 76596392 | 3102657 | | TSDR | LIVE |
| 37 | 76304864 | 2751890 | BRATZ | TSDR | LIVE |
| 38 | 76182873 | 2727737 | CLOE | TSDR | LIVE |
| 39 | 76179479 | 2789216 | BRATZ | TSDR | LIVE |
| 40 | 76179478 | 2709867 | SASHA | TSDR | LIVE |



**1000+ LOL Surprise Punk boy LUXE Kitty Queen Bee Merbaby UNICORN Doll Collection**

Condition: **Used**
*"Genuine,Real LoL,95%NEW"*

Name: - Select -

Quantity: 1    Last one
56 sold / See feedback

Price: **US $3.99**
Approximately RMB 27.95

**Buy It Now**

**Add to cart**

⊕ Add to Watchlist

100% buyer satisfaction    56 sold    Free shipping

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⊙
Item location: GuangZhou, China
Ships to: Worldwide See exclusions
Delivery: Estimated between Mon. Aug. 17 and Thu. Sep. 10 ⊙



List of cases      Brand Library      Case representation

Law Firm Information      Trademark registration

common problem      other

IC 025. US 022 039. G & S: Articles of clothing, namely, t-shirts, jackets, pants, [ underwear, ] sweaters, shirts, [ ties, skirts, socks, ] scarves, shorts, [ dresses, belts, ]
IC 026. US 037 039 040 042 050. G & S: Ornamental novelty badges, [ clothing buckles, hat ornaments not of precious metal, hair ornaments not of precious metal, s

| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85363156 |
| Filing Date | July 5, 2011 |
| Current Basis | 44E |
| Original Filing Basis | 1B |
| Published for Opposition | March 12, 2013 |



**MIRACULOUS 瓢虫少女（商标+版权）**





以上为今天给大家带来的所有内容，如咨询案件详细，可打开微信扫描下方二维码加好友咨询详细。

## 联系我们

大家可以加SellerDefense群讨论：QQ 15群：789733094。（**已经加过其它群的不用重复加**）

或进入我们SellerDefense官方网站查询最新消息：https://sellerdefense.cn/

SellerDefense美国商标注册，市场最低价，需要品牌备案的抓紧联系我们吧！

已经被冻结的卖家欢迎第一时间联系我们，超8000起案件处理经验，长按并识别下方二维码即可加好友。我们会针对不同案情提供全方面最专业的**免费**咨询服务。



List of cases     Brand Library     Case representation

Law Firm Information     Trademark registration

common problem     other

长按二维码关注

分类： Uncategorized, 其他律所 • Aaron • 12月 9, 2020 • 评论



**作者： Aaron**

历史的文章
**‹ Keener律所匿名案件狂告392个账号！疑似代理新品牌？**

未来的文章
**新律所、新品牌、新惊吓！警惕！赶紧下架！ ›**

## Related Posts

近两个月玩具类侵权案件汇总，附一Foxmind玩具&游戏案件名单！
6月 25, 2021

连发两案！FIDGET CUBE 减压魔方来势汹汹，有版权！
6月 22, 2021

隐藏案件Foxmind玩具&游戏开始冻结，又一国人新品牌发案！紧急下架！
6月 17, 2021

Hidden cases of the new law firm have surfaced, and David Law Firm's anonymous case information has been announced, a quick look!
June 16, 2021

The new brand CAP barbell concealed freezing, early warning of infringement! NIKE recently has a new trademark officially effective
June 15, 2021

The new brand summary in June, 6 new brands have surfaced in just ten days! Attached with a list of GBC Peanuts comic cases
June 11, 2021

SellerDefense

[ Name* ]

[ e-mail* ]

[ Website ]

☐ Save my name, email, and website in this browser for the next time I comment.

**submit comments**

[ Type and press Enter... 🔍 ]

SellerDefense WeChat Official Account

U.S. law firm case settlement agent



QQ16 group: 721813793

WeChat: dearzhi2019

WeChat public account: SellerDefense

## Law Firm Agent Brand

GBC Agency Brands

Keith Agency Brands

EPS Agency Brands

David Agent Brand Collection

## Useful links

How can cross-border sellers reduce the risk of being sued for infringement

AliExpress Intellectual Property Zone

Dunhuang Net Intellectual Property Area

Ebay VERO

How to search for a US trademark

How to search for a Chinese trademark

Basic knowledge of litigation settlement

## Categories

Baker

David

EPS

FERENCE

GBC

GulbransenLaw

HSP

Johnson&Pham LLP

Keener

KEITH



List of cases　　Brand Library　　Case representation

Law Firm Information　　Trademark registration

common problem　　other

Other law firms

SellerDefense.cn 2017-2018
Shanghai ICP No. 13015943-1

Shanghai Public Network Security No.
31011502012751

# EXHIBIT 5

# bad! The popular cross-border animation element "Teenage Ninja Turtles" has been represented by the law firm AM!

**SellerGuard**

10 months ago  👁
207

This case was originally a hidden case, and the prosecution time was July 23. At that time, we had already seen the hidden case when we were inquiring about the new case:



| Case Number | Case Title | Assigned Judge | Filed Date |
|---|---|---|---|
| 20-cv-4335 | XYZ Corporation vs The Partnerships | Judge Virginia Kendall | 07/23/2020 |

Today, some Ebay sellers have received PayPal freeze emails, and the content of the emails directly revealed the hidden case:

Prosecution time: 2020/07/23
Plaintiff Brand: TMNT Teenage Mutant Ninja Turtles (Trademark + Image Copyright)
Plaintiff Company: VIACOM INTERNATIONAL INC
Plaintiff Law Firm: AM Sullivan Law, LLC

Ebay sellers have been frozen in the case, and other platforms are expected to follow suit. Sellers involved in this element are mentally prepared. However, based on past reconciliation experience, AM law firm is relatively moderate.

Teenage Mutant Ninja Turtles is adapted from an American comic released by Mirage Studios in 1984, created by Kevin Eastman and Peter Laird and published by Mirage Studios . This element has been active in the products of major cross-border platforms.



The brand element has the following word mark:

**TMNT**

# TMNT

| Word Mark | TMNT |
|---|---|
| Goods and Services | IC 021. US 002 013 023 029 030 033 040 050. G & S: H cases; meal trays; soap cases and soap dishes; wasteb |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Trademark Search Facility Classification Code | LETTER-3-OR-MORE TMNT Combination of three or mor |
| Serial Number | 78916448 |
| Filing Date | June 26, 2006 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | February 6, 2007 |
| Registration Number | 3532641 |
| Registration Date | November 11, 2008 |
| Owner | (REGISTRANT) Mirage Studios, Inc. CORPORATION DE |
| | (LAST LISTED OWNER) VIACOM INTERNATIONAL INC. |

**Teenage Mutant Ninja Turtles**

# TEENAGE MUTANT NINJA TURTLES

| Word Mark | TEENAGE MUTANT NINJA TURTLES |
|---|---|
| Goods and Services | IC 014. US 002 027 028 050. G & S: Clocks, alarm clocks, |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 78926955 |
| Filing Date | July 11, 2006 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | February 13, 2007 |
| Registration Number | 3237389 |
| Registration Date | May 1, 2007 |
| Owner | (REGISTRANT) Mirage Studios, Inc. CORPORATION DELA |
| | (LAST LISTED OWNER) VIACOM INTERNATIONAL INC. C |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Michelene Hallie |

In addition, because it is an animation work, the images of all characters in the animation are copyrighted, and they cannot appear in the pictures of the product.



作为一个广受喜爱的动画，跨境的相关产品也是非常多的，所以这个元素被告的影响会比较大，特别是一些喜欢做动画，动漫元素产品的卖家，基本都会做这个元素。

各平台刊登非常多，而且销量也非常高：

**Wish:**



**EBAY:**



速卖通：



另外，值得注意的是，该案的原告VIACOM（维亚康姆集团）拍了非常多的热门电影，大家也要注意规避了：

 

✕    维亚康姆集团_百度百科    •••

🏠  🔥    百度百科    🔍  ☰

**词条**   推荐 •



📷 2

# 维亚康姆集团    ✏️  🎧

维亚康姆集团是美国第三大传媒公司，包括拥有39家地方电视台的电视集团、制作节目超过55000小时的派拉蒙电视集团、成立于1912年的派拉蒙电影公司（其库存影片超过2500部，包括、《阿甘正传》、《教父》、《碟中谍》、《泰坦尼克号》等经典影片）。

1948年运营且其附属台超过200家的哥伦比亚广播CBS公司（也是美国最大的5家电视网之一）、在美国纽约于1981年8月创   **目录**
MTV音乐电视网（目前它在美国拥有的订户超过7900万家庭，并已经覆盖了全球个国家和地区的3.84亿家庭）。



🔍 SellerGuard






我们建了一个亚马逊卖家交流群，里面不乏很多大卖家。
现在扫码回复"加群"，拉你进群。

目前30万+人已关注加入我们

文章为作者独立观点，不代表AMZ123立场。如有侵权，请联系我们。

  

快给朋友分享吧！



0 收藏

**最新**　热门　服务　物流　标签　作者



### Apptopia：企业该如何理解App下载量这一指标？

在有关于互联网的行业新闻中，App 下载量是最频繁出现的指标，可能都没有之一。许多从业者将这一指标视为体现 App 市场表现的最佳统计报告。这一指标固然重要，但它也并非唯一的衡量标准。近日，Apptopia 发布的一篇博文就对下载量的优势和局限进行了更为具体的解析。下载量的优点...



### 普通人能做TikTok吗？

在回答这个问题前，我们得先思考这两个问题：第一：普通人要有多普通才算普通？第二：TikTok的门槛和壁垒在哪？先取一个最"普通"的例子英语基础几乎为0，能认识abc字母表，打字时候能认清。电脑手机只会基础的使用，年龄接近四十岁，没有任何自媒体经验和尝试，唯一的优点大概就...



### 喜报！喜报！

坑姐来了！今天坑姐带来一个好消息，亚马逊可以联系买家修改差评了！！！这个消息如果属实的话，那对于卖家们来说简直就是福音啊！从卖家们的反馈来说，这项功能主要是帮助卖家在收到差评后，通过后台直接联系留评买家，了解差评的原因。在双方沟通后，卖家向买家给出合理的解释，并...



### 某【笔记本图案】在亚美站上的防侵权预警311

在亚马逊美国站上售卖【笔记本】时，应该是门槛比较低的生意了。不过，在售卖有一定颜值的【笔记本】时，建议也要考虑潜在的知识产权侵权风险。在售卖那些有一定颜值的【笔记本】时，会主要涉及到版权侵权（图案）和外观专利侵权。我在亚马逊美国站上看到一本【笔记本】，目前只是有几...



### 从0到10亿用户，创始人打造现象级产品后黯然离场

2012 年 Instagram，被 Facebook 以当时的天价 10 亿美元收购。其创始人斯特罗姆似乎迎来了美好的结局，然而一场大戏才刚刚开始。Facebook 创始人扎克伯格同意保持 Instagram 的独立性，然而双方关系极为微妙：斯特罗姆想要借助资源又不想完全 Facebook 化；想要发展又不想和母公司...



### 晓生洞察丨欧洲税改新政下的跨境电商，合规与发展，如何两全？【欧洲税改新政系列】

继英国税改实施以来，欧盟税改也即将落地。这场涉及27个国家、70亿欧元税金的大变革，必将以更加复杂的态势，深刻影响跨境电商市场环境及行业未来发展趋势。此次，晓生洞察连线TAXEURO（德国一欧会计师事务所）、欧税通等业内资深机构，共同揭秘欧洲税改新政下的跨境电商产业合规...

**Latest reply ( 0 )**

⇅

### ✔ Participate in comments

Comment after login

Please enter the content of the comment

Reply

↱ Advanced reply

return

# EXHIBIT 6

am sullivan | **search for**

## Topic list

### AM Sullivan Law Firm Acts for New Brand Case
· Published in #cross-border headlines#
On January 11, 2021, AM Sullivan Law, LLC. filed a new intellectual property lawsuit in the Federal Court of the Northern District of Illinois. The plaintiff was Aardman Animations. The following is the basic information of the case: Aardman Animations Prosecution Time: January 1, 2021 Plaintiff: Aardman Animations Plaintiff Trademark: SHAUN THE SHEEP, Case No.: 20-cv-4077 Settlement Fund:…

### Introduction of AM Sullivan Law, LLC.
· Published in #cross-border headlines#
AM Sullivan Law, LLC. is a law firm based in Chicago, Illinois, USA. Its office is located at 1440 W. Taylor St., #515 Chicago, Illinois 60607. His main practice area is to provide legal services related to intellectual property rights. AM Sullivan Law, LLC. The founder of the law firm is Ann Marie (Ann Marie), which is also currently…

### AM Sullivan Law Firm represents a new brand and initiates a new case
· Published in #cross-border headlines#
On July 10, 2020, AM Sullivan Law, LLC. filed a new intellectual property lawsuit in the Federal Court of the Northern District of Illinois. The plaintiff is MGA Entertainment, Inc. The following is the basic information of the case: MGA Entertainment, Inc. Time of lawsuit: 2020/7/10 Plaintiff: MGA Entertainment, Inc. Plaintiff Trademark: LOLSurprise! Case No.: 20-cv-…

### up to date! Rubiks Rubik's Cube was registered by AM Sullivan Law Firm
· Published in #cross-border headlines#
On January 30, 2020, U.S. time, AM Sullivan Law Firm initiated a lawsuit on behalf of RUBIK'S BRAND, LTD. in the Federal Court of Northern Illinois. 20-cv-694 (rubiks Rubik's Cube), this case is estimated to be within one month from the TRO freeze. At the same time, the law firm also has two ladybug girl cases that have not been frozen. Sellers of related products should make timely withdrawals Preparation. AM …

### up to date! The new brand MIRACULOUS Ladybug Girl-the new law firm AM Sullivan Law
· Published in #cross-border headlines#
Today we are going to write about the first infringement case 20-cv-13 MIRACULOUS Ladybug Girl in 2020, which is represented by the new law firm AM Sullivan Law, LLC. It is estimated that within half a month from TRO＇s freezing of this case, sellers of relevant infringing products are ready to withdraw cash in time. AM Sullivan Law AM Sullivan Law is located in Chicago, Illinois, USA, specializing in intellectual property…

### bad! The popular cross-border animation element "Teenage Ninja Turtles" has been represented by the law firm AM !
· Published in #cross-border headlines#
At that time, we already saw the hidden case when we were inquiring about the new case: Today, some Ebay sellers have received the PayPal freeze email, and the content of the email directly announced the hidden case: Time of prosecution: 2020/07/23 Plaintiff Brand: TMNT Ninja Divine Tortoise (Trademark + Image Copyright) Plaintiff Company: VIACOM INTERNATIONAL INC Plaintiff Law Office: AM Sullivan Law,…

### bad! The popular cross-border animation element "Teenage Ninja Turtles" has been represented by the law firm AM !
· Published in #cross-border headlines#
At that time, we already saw the hidden case when we were inquiring about the new case: Today, some Ebay sellers have received the PayPal freeze email, and the content of the email directly announced the hidden case: Time of prosecution: 2020/07/23 Plaintiff Brand: TMNT Ninja Divine Tortoise (Trademark + Image Copyright) Plaintiff Company: VIACOM INTERNATIONAL INC Plaintiff Law Office: AM Sullivan Law,…

### No need to lose money, just withdraw the lawsuit! The results of the two new cases
· Published in #cross-border headlines#
Around November this year, Mr. Z suddenly discovered that the PayPal account associated with the Ebay online store was frozen. After checking with the platform, he found that the platform received the NFL (Professional Football League) brand represented by the law firm AMS ( AM Sullivan Law). The ban thus restricted account funds. After the account was restricted, Mr. Z learned from other friends that our law firm could handle it…

### Shanna Renee Nilson United States shannacurtis85@hotmail.com

· Published in #测评黑表#

Name: Shanna Renee Nilson | Country: United States | Email: shannacurtis85@hotmail.com | We chat number:

Amazon homepage: https://www.amazon.com/gp/profile/amzn1.account.AGRU3MBXUGKAQTTJFICNZHPXGBLA

Facebook homepage: https://www.facebook.com/shannasullivan3

Return a refund directly from Amazon

---

### Infringement evasion | Summary of April infringement keywords (continuous update)

· Published in #cross-border headlines#

Infringement keywords: RUBIK'S Rubik's Cube plaintiff law firm: AM Sullivan Law, LLC 8. Infringement keywords: Marc Jacobs Marc Jacobs plaintiff law firm: Greer, Burns&Crain, Ltd. 9. Infringement keywords: David Yurman plaintiff Law firm: BAKER McKENZIE10. Infringement keywords: Nike Plaintiff Law firm: Greer, Burns&Crain,...

---

### William Thomson Spain seanpsullivab89@gmail.com

· Published in #测评黑表#

Name: William Thomson | Country: Spain | Email: seanpsullivab89@gmail.com | We chat number:

Amazon homepage: https://www.amazon.es/gp/profile/amzn1.account.AEGNUTZRNBG6PVCXOX6VSXQPNZ3A

Facebook homepage: https://www.facebook.com/william.thomson.16121/

The profile given to me is not the same as the profile that gave me feedback. I have been urging me to repay the money in place of others' reviews.

---

### New year, new case, new law firm, interpretation of the latest high-risk infringement cases in 2020

· Published in #cross-border headlines#

The animation work "Ladybug Girl" initiates rights protection. It is understood that the brand of the internationally renowned animation film and television work Miraculous Ladybug (Miraculous Ladybug) initiated rights protection. The American AM Sullivan Law, LLC law firm acted quickly and was frozen on January 2 . The editor searched for the work on Baidu. According to reports, Ladybug Girl is a joint production of France, Japan, Korea, and the United States...

---

### Infringement evasion | Summarize the infringement keywords of Amazon and other platforms in September (the latest update to September 24)

· Published in #cross-border headlines#

Crain,Ltd.04 infringement keywords: Einstein Einstein Plaintiff's law firm: AM Sullivan Law, LLC 05 Infringement keywords: Mister Twister 06 Infringement keywords: Converse Plaintiff's law firm: Greer, Burns&Crain, Ltd. 07 Infringement keywords : Def Leppard, Def Leppard, Plaintiff Law Firm: Greer, Burns & Crain, L

---

### Latest case notice in March

· Published in #cross-border headlines#

From March 2 to March 9, 2020, GBC Law Firm, Keith Law Firm, AM Sullivan Law, LLC and HSP Law Firm successively filed eight new intellectual property lawsuits in the Federal Court of the Northern District of Illinois. The plaintiffs were Eagles. ,Ltd.CamelBak Products,LLC.Superhype Tapes,Ltd.Iron Maiden Holdings,Ltd.Studio Peyo SA and...

---

### Sullivan -Grey James United States moreton_122890@outlook.com

· Published in #测评黑表#

Name: Sullivan -Grey James | Country: United States | Email: moreton_122890@outlook.com | We chat number:

Amazon homepage:

Facebook homepage: https://www.facebook.com/sullivangrey1988

Seeing as a foreigner, I kept chatting in English. At the beginning, I said pp rebate. After leaving the comment, I got an Alipay. For the sake of account safety, I returned. The next day I saw that the comments were deleted. Do you want to cooperate? I don't think I'm a good person

---

### Infringement circumvention | latest! Summary of infringement keywords in March

· Published in #cross-border headlines#

Infringement keywords: Led Zeppelin Plaintiff's law firm: AM Sullivan Law, LLC 3. Infringement keywords: .PXG and other golf equipment brands Plaintiff's law firm: SMG4. Infringement keywords: Baby Shark, Pinkfong, Pinkfong Plaintiff's law firm: Epstein Drangel LLP5. Infringement keywords: ANGLE-IZER Plaintiff's law firm: Keith6. Infringement keywords: Anne...

### Sullivan -Grey James French emsp;

· Published in #测评黑表#

| Name: Sullivan -Grey James | Country: France | mailbox: | We chat number: |

Amazon homepage: https://www.amazon.fr/gp/profile/amzn1.account.AFRRDXVPO4IOESE3DLBV4EO7OEWA?_encoding=UTF8&ref_=sv_ys_4&fbclid=I

Fecebook homepage: https://www.facebook.com/sullivangrey1988/

Find Amazon backstage refund after refund

### Infringement evasion | Summary of infringement keywords on Amazon and other platforms in October (updated to October 15)

· Published in #cross-border headlines#

Slap Chop Plaintiff Law Firm: Keith2 Infringement Keywords: Dyson Plaintiff Law Firm: BAKER McKENZIE3 Infringement Keywords: Baby Shark Plaintiff Law Firm: EPS4 Infringement Keywords: Omega/Tissot et al Plaintiff Law Firm: SMG5 Infringement Keywords: Hatsune Miku, Plaintiff Law Firm: AM Sullivan Law, LLC6...

### Infringement evasion|Summary of August infringement keywords (continuous update)

· Published in #cross-border headlines#

Summary 1 Infringement keywords: MGA Entertainment, Inc. Plaintiff law firm: AM Sullivan Law, LLC2 Infringement keywords: Kendra Scott (word mark + oval pattern) Plaintiff law firm: GBC3 Infringement keywords: TMNT Teenage Mutant Ninja Turtles Plaintiff law firm: AM Sullivan Law, LLC4 Infringement Keywords: Tide Brand Palace, Plaintiff Law Firm: Epstein Drangel LLP...

### Maria Sullivan    United Kingdom Maria0932@hotmail.co.uk

· Published in #测评黑表#

| Name: Maria Sullivan | Country: United Kingdom | Email: Maria0932@hotmail.co.uk | We chat number: |

Amazon homepage: https://www.amazon.co.uk/gp/profile/A29YOOPAGWT7TP

Fecebook homepage:

Disappears after receiving the test sample

### A summary of brands and cases sued by law firms in September!

· Published in #cross-border headlines#

Tomorrow is the Mid-Autumn Festival and the beginning of the National Day holiday. At this moment, everyone must be unable to contain the excitement and joy in their hearts. Here, everyone at SellerGuard would like to wish everyone in advance... AM Sullivan Law and Keener Law Firm like to file hidden cases most , hidden cases will almost always be brand new; I will follow up more about the latest news.

### urgent! Hidden case Einstein Einstein was frozen by AMS law firm

· Published in #cross-border headlines#

AM Sullivan Law Firm [2020/8/27] 20-cv-5058 Hebrew University of Jerusalem (Einstein Einstein) Einstein Albert Einstein (German/English: Albert Einstein, March 14, 1879 Day—April 18, 1955), born in Ulm, Baden-Württemberg, Germany, graduated from ETH Zurich...

### New year, new case, new law firm, interpretation of the latest high-risk infringement cases in 2020

· Published in #cross-border headlines#

The animation work "Ladybug Girl" initiated rights protection The brand of Miraculous Ladybug, an internationally renowned animation film and television work, initiated rights protection. The American AM Sullivan Law, LLC law firm quickly represented it, and it was frozen on January 2nd. The editor searched for the work on Baidu. According to reports, Ladybug Girl is a martial arts girl jointly produced by France, Japan, Korea, and the United States...

### Explosive ladybug girl launched a new case, a large amount of infringement evidence spread to tens of thousands of sellers! 【Cross-Border Tort School】

· Published in #cross-border headlines#

The new cross-border case is here again. The new blockbuster infringement case we are going to discuss in this issue is -...The law firm acting in this case is AM Sullivan Law, LLC. This is a brand new law firm, and we currently have nothing against it. As we know, it is difficult to guarantee whether a higher settlement fee or more stringent settlement requirements will be imposed on the seller. At present, the case has not been frozen, and the seller still has time to act quickly.

---

February case summary! Pay attention to the 63 cases that will be frozen in the near future, please pay attention to the investigation and withdraw cash in time!

· Published in #cross-border headlines#

21-cv-724 (hidden case brand unknown) (117 defendants) AM Sullivan Law Firm [2021/02/03] 21-cv-631 Iron Maiden Holdings (Iron Maiden Holdings) SKGF Law Firm [2021/01/13] 21-cv-43 Ontel Products Corporation (ARCTIC AIR air cooler) (TRO freezes) AM Sullivan Law Firm [2021/01/29] 21-cv-534 ZAG ...

---

The big case at the beginning of 2020, Miraculous Ladybug is represented by the new law firm! The estimated impact is very big!

· Published in #cross-border headlines#

Today, according to the latest announcement on the official website of the US court, we found a major cross-border intellectual property litigation: The details of the case are summarized as follows: Case No. 20-cv-13 Time of action: 2020/01/02 Plaintiff: ZAG AMERICA, LLC plaintiff brand: Miraculous Ladybug plaintiff law firms: AM Sullivan law, LLC. to sue: Illinois AM Sullivan law, ...

---

Sean P. Sullivan,　US emsp;

· Published in #测评黑表#

Name: Sean P. Sullivan　　Country: United States　　mailbox:　　We chat number:

Amazon homepage: https://www.amazon.com/gp/profile/amzn1.account.AE6T6YYZPR2WXDY3ZIPUV25CAEWA

Facebook homepage: https://www.facebook.com/yoitsseanp

Do not place or cancel the order after the transfer

---

Early warning! The three major brands of Nike, Peanuts, and Iron Maiden are defending their rights!

· Published in #cross-border headlines#

Brand: Iron Maiden Official Website: https://www.ironmaiden.com/ Plaintiff's Attorney: AM Sullivan Law, LLC Case Number: 21-cv-00631 Court of Litigation: Iron Maiden Holdings, Ltd., Northern District Court, Illinois (Chinese name) : Iron Lady Holdings Limited) is an entertainment company based in London, England. Its rock band "Iron Lady" is in...

---

This week's latest TRO filed brand summary! 4 hidden cases!

· Published in #cross-border headlines#

Today is Saturday, and it's time for our weekly TRO case filing. This week, the cross-border TRO case filings announced by the U.S. court are summarized as follows: This week, Keener Law Firm and AM Sullivan Law Firm each issued 2 concealed cases. In the case, the brand is currently unknown, and it is very likely that a new brand is being represented. This situation is the most troublesome. Most of them have to wait until a seller is frozen...

---

The Fox Head trademark infringement case is about to enter the TRO temporary freezing stage; another two trademark infringement cases are prosecuted in Illinois

· Published in #cross-border headlines#

Trademarks: 1) nyan cat, 9 categories 2) Rainbow cat graphic trademarks, 9 types of glasses, 14 types of jewelry, 16 types of stickers, 25 types of clothes and hats, 28 types of toys. The second case: the second case is the law firm AMS ( AM Sullivan Law, LLC). Their last case was the trademark infringement case filed on behalf of the famous fighting competition UFC in December. It is still in the process of litigation...

---

Another 2 new brands are frozen! Please remove the product immediately and cash it out in time!

· Published in #cross-border headlines#

1. FERENCE law firm [2020/12/07] 20-cv-xx Aquapaw LLC (SLOW TREATER silicone dog food tray) 2. AM Sullivan law firm [2020/12/07] 20-cv-7226 Chadwick McQueen INDIVIDUAL ( STEVE MCQUEEN Steve McQueen (Hollywood star) Ference Law Firm Ference Law Firm is located in Pennsylvania, the full name is Ference&...

---

Hidden case freezes! Sherlock Holmes, detective Sherlock, please remove it in time!

· Published in #cross-border headlines#

7/28/2021

1.AM Sullivan律所[2021/02/19]21-cv-929 Conan Doyle Estate,Ltd（Sherlock Holmes 神探夏洛克） AM Sullivan LawAM Sullivan Law律所位于美国芝加哥伊利诺伊州，专门做知识产权这块。2020年1月2日首次在跨境电商案件中出现。代理品牌：Sherlock Holmes 神探...

---

重磅！2020 年首件侵权案件来袭，卖家赶紧自查！

· 发表在#跨境头条#

知名动漫 "瓢虫少女" 维权 1月2日，国际知名动画影视作品瓢虫少女（Miraculous Ladybug）的品牌方发起了维权，代理的是美国一家新律所AM Sullivan Law,LLC。瓢虫少女是一部动画影视作品，由法、日、美、韩多国共同制作，以法国巴黎为背景，讲述了两个高中生...

---

侵权规避|汇总亚马逊等4月侵权关键词（更新至4月6日）

· 发表在#跨境头条#

1侵权关键词：wick centering device蜡芯固定器专利号：USD871618S2侵权关键词：Big Green Egg原告律所：THE SLADKUS LAW GROUP3侵权关键词：SHERLOCK HOLMES（福尔摩斯）原告律所：AM Sullivan Law,LLC4侵权关键词：OtterBox（手机壳）专利号：USD808378S1...

---

最新！各大律所代理产品总结！避开90%侵权产品！别在踩坑了！

· 发表在#跨境头条#

63.AM Sullivan律所[2020/9/21]20-cv-5589 Crypton Future Media Inc（Hatsune Miku初音动漫）Hatsune Miku初音未来，有用Hatsune Miku 等注册商标以及该动漫形象的产品建议下架。这类动漫的周边产品都需要注意。62.LOCKE LORD LLP律所[2020/10/29]20-cv-...

---

侵权规避|汇总亚马逊等3月侵权关键词（最新！更新至3月4号

· 发表在#跨境头条#

01侵权关键词：Stussy斯图西美国潮流品牌原告律所：Keener&...FOX,PLLC07侵权关键词：POCOYO 小P优优原告律所：Keith08侵权关键词：Shaun the sheep 小羊肖恩原告律所：AM Sullivan Law,LLC09侵权关键词：Weed Snatcher 除草器原告律所：David Gulbransen

---

两个隐匿案件揭晓！酒令转盘SPIN THE SHOT，罗马足球俱乐部 AS ROMA维权！

· 发表在#跨境头条#

律所：AM Sullivan Law,LLC罗马足球俱乐部（A.S.Roma，简称罗马）是一家位于意大利首都罗马的足球俱乐部。1927年7月22日，俱乐部由罗马市当地的几家球队合并成立。1929年罗马首度征战意大利顶级足球联赛，曾3次获得意甲冠军，现参加意大利足球甲级联赛。注册...

---

5月冻结爆发期！上千家被告，多律所冻结！（附被告名单）

· 发表在#跨境头条#

AM Sullivan律所：[2020/3/4]20cv01589 Superhype Tapes,Ltd.（Led Zeppelin齐柏林飞艇乐队5月14号冻结）这次案件告的版权+商标 服装类商品，去官网看看Led Zeppelin的相关产品。EPS律所：[2020/2/27]20cv01731 Off-White LLC(off-white 敦煌141家)（5月14号...

---

1月案件总结！近期需要注意的76个案件，卖家请注意排查及时提现！

· 发表在#跨境头条#

21-cv-441(品牌未知)（63家被告）Keener律所[2021/01/26]21-cv-440(品牌未知)（727家被告）AM Sullivan律所[2021/01/22]21-386(品牌未知)Keener律所[2021/01/20]21-cv-328(品牌未知)（271家被告）Keener律所[2021/01/20]21-cv-324(品牌未知)（340家被告）...

---

Sammy Sullivan 美国 emsp;

· 发表在#测评黑名单#

姓名：Sammy Sullivan 国家：美国 邮箱： 微信号：

亚马逊主页：

Facebook主页：https://www.facebook.com/samananthuh

收到测试样品后就人间蒸发了

---

近期多个品牌专利开始冻结，已超千个账号被起诉！假发产品卖家再受影响！

· 发表在#跨境头条#

02ELLA FITZGERALD 艾拉·费兹杰拉案件号：未知冻结时间：2021/3/15左右原告公司：E.F.LICENSING,LLC 代理律所：AM Sullivan Law,LLC这次最先被冻结的是亚马逊的卖家，但是亚马逊的绩效通知在刚开始都是不会显示案件号的，所以目前还没办法确定出具体是哪个...

---

一周回顾！30+案件，超千个店铺被冻结！（附名单）

· 发表在#跨境头条#

20-cv-1589代理律所：**AM Sullivan** Law,LLC冻结时间：2020/5/20官网：https://store.ledzeppelin.com/all-products文字商标主要就是乐队名Led Zeppelin，主要分布于09、016、025、026大类：3）The North Face 北面户外案件号：20-cv-60922代理律所：SMG冻结...

---

### 彩妆巨匠NARS被BAKER律所代理，资生堂旗下品牌太多！另隐藏案件开始浮出水面

· 发表于#跨境头条#

今日又有两个品牌来袭，NARS化妆品被BAKER律所代理发案。...刊登举例Iconic Images,Ltd起诉时间：2021/4/27案件号：21-cv-2250代理律所：**AM Sullivan** Law,LLC目前只知道该公司旗下有这么一款商标产品，具体的还要等诉状公布我们才能进一步了解。下图为商标END

---

### GBC立案手段升级，警惕隐匿型TRO立案！

· 发表于#跨境头条#

2020/3/9，2020/3/11案件号：20-cv-1666、20-cv-1727起诉要点：Anne Stokes 商标，旗下作品版权**AM Sullivan** 律所：Led Zeppelin 齐柏林飞艇乐队起诉时间：2020/3/2，2020/3/4案件号：20-cv-1546、20-cv-1589起诉要点：Led Zeppelin商标Iron Maiden铁娘子乐队...

---

### 五大律所！逾10个新老品牌！TRO列队集结！3月太难了

· 发表于#跨境头条#

2020/3/9，2020/3/11案件号：20-cv-1666、20-cv-1727起诉要点：Anne Stokes 商标，旗下作品版权**AM Sullivan** 律所：Led Zeppelin 齐柏林飞艇乐队起诉时间：2020/3/2，2020/3/4案件号：20-cv-1546、20-cv-1589起诉要点：Led Zeppelin商标Iron Maiden铁娘子乐队...

---

### 近期案件盘点！Nike、Convers、曼联、哈雷等大牌公司委托GBC律所起诉上千个跨境卖家

· 发表于#跨境头条#

刊登案例例 品牌：XYZ ⚠案件信息：案件号：21-cv-02205起诉时间：2021/4/23官网公司：XYZ Corporation官网：https://www.xyzprinting.com/zh-TW/home原告公司：XYZ Corporation官网：https://www.xyzprinting.com/zh-TW/home原告律所：**AM Sullivan** Law,LLC●产品展示●商标类别该品牌方已注册的美国商标类目包括：7类、9类，用于操作...

---

### Kenner律所又一隐匿案件揭晓！夏洛克·福尔摩斯 Sherlock Holmes被代理了！

· 发表于#跨境头条#

代理律所：**AM Sullivan** Law,LLC原告公司名字Conan Doyle Estate Ltd.便是以作家名字阿瑟·柯南·道尔命名，该公司还有网站：https://conandoyleestate.com/夏洛克·福尔摩斯 这个小说不仅拍成了电视连续剧，还拍了电影，都非常受欢迎。Conan Doyle Estate Ltd...

---

### 日本动漫人气歌手"初音未来"维权！成千上万卖家踩雷！

· 发表于#跨境头条#

案件信息如下：案件号：20-cv-5589起诉时间：2020/09/21原告品牌：Hatsune Miku 初音未来原告公司：Crypton Future Media Inc原告律所：**AM Sullivan** Law,LLC初音未来（初音ミク/Hatsune Miku），是2007年8月31日由CRYPTON FUTURE MEDIA以Yamaha的VOCALOID系列...

---

### 新品牌冻结！请立即下架这款产品！惊喜娃娃系列！

· 发表于#跨境头条#

近日有卖家反馈，**AM Sullivan**律所出了一个新案子，MGA旗喜娃娃系列被告了。这款产品两年前平台一直下架，如今被律所代理！有这种情况的卖家记得下架了！ebay平台已经开始冻结。**AM Sullivan**[2020/07/10]20-cv-4077 MGA Entertainment,Inc（LoL surprise惊喜...

---

### 立即下架！两大人气品牌正式起诉侵权，已有卖家被冻结！【跨境侵权学堂】

· 发表于#跨境头条#

LOEB LLP，初音未来的代理律所是**AM Sullivan** Law,LLC，这两个律所都是新律所，目前初音未来已经在冻结中，遇到问题的卖家记得第一时间联系我们处理。本次侵权的这两款品牌属于平台的高人气产品，建议卖家仔细清查店铺，及时下架风险产品。

---

### 警惕！又一乐队品牌维权，正在冻结！乐队品牌大集合来了！

· 发表于#跨境头条#

**AM Sullivan**律所代理的：Led Zeppelin 齐柏林飞艇乐队，Iron Maiden 铁娘子SMG律所代理的：The Beatles 披头士乐队GBC律所代理的：Eagles老鹰乐队HSP律所代理的：Volbeat乐队以目前的形势来看，加入乐队维权的律所越来越多，以下这些比较有名的欧美乐队陆续被...

---

### 新案件总结！Nike连发7案，MJ包包等8大新品牌陆战立案！

· 发表于#跨境头条#

上期披约案例Mon Cheri 侵权举例：其他律所其他律所：1月份新出来两家律所代理了三个新品牌，**AM Sullivan**律所代理了 Miraculous瓢虫少女，Rubiks鲁比克魔方。DLA PIPER律所代理了D&39;Addario 达达里奥管弦等案件均未开始冻结，预计近期会开始冻结。1.用了...

Nicole **Sullivan**　美国　nicolecopeland2017@gmail.com

· 发表在#测评黑名单#

姓名: Nicole **Sullivan**　　国家: 美国　邮箱: nicolecopeland2017@gmail.com　微信号:

亚马逊主页: https://www.amazon.com/gp/profile/amzn1.account.AHXGOU7ZJSS7ZZMDF7DZKJ6FPS3A

Fecebook主页: https://www.facebook.com/MsNicoleSullivan

留评之后退款 评论现在还在 FB改了名字 找了半天才找到他 https://www.facebook.com/MrsNicoleCopeland 之前的FB

---

立即下架！三大新品牌起诉侵权，1000+店铺或面临冻结！

· 发表在#跨境头条#

罗马俱乐部：**AM Sullivan** Law,LLC；Blippi：EPSTEIN DRANGEL LLP。目前三个案件都已经开始冻结，卖家们抓紧时间自查下架相关侵权商品。近期美国律师的各类侵权起诉案件不断，从上面三个案件来看，商标，外观专利以及版权都已经成了权利人常规的维权手段，卖家...

---

注意！隐藏案件上千家被告名单大曝光！

· 发表在#跨境头条#

AMS律所20-cv-5786是爱因斯坦的案子这两天冻结，**AM Sullivan**[2020/9/29]20-cv-5786 Hebrew University of Jerusalem（Einstein 爱因斯坦）388家被告Keener[2020/9/4]20-cv-5256 Good Life Ltd.（Parker Baby CO 婴儿用品）97家被告Keener[2020/9/11]20-cv-...

---

4个全新品牌维权，2个已经开始冻结！速看！

· 发表在#跨境头条#

律所：**AM Sullivan** Law,LLC特里·奥尼尔是世界上最多的摄影师之一，作品悬挂在世界各地的国家美术馆和私人收藏。从总统到流行歌星，他为这位名人拍摄了60多年。奥尼尔的职业生涯始于 20 世纪 60 年代。奥尼尔开始记录电影、时尚和音乐的新兴面孔。摄影师...

---

侵权规避|汇总亚马逊等6月侵权关键词（更新至6月4日

· 发表在#跨境头条#

1.侵权关键词：Pregancy Pillow U全身枕专利号：USD906013S 2.侵权关键词：酒桌转盘玩具 SPIN THE SHOT原告律所：Keener&Associates,P.C 3.侵权关键词：Tee Turtle 翻面章鱼原告律所：...侵权关键词：罗马足球俱乐部AS Roma原告律所：**AM Sullivan** Law,LLC

---

紧急！新品牌案件通知！

· 发表在#跨境头条#

原告商标：SHERLOCK HOLMES代理律所：**AM Sullivan** Law,LLC.案件号：21-cv-929和解金:新出现的原告，和解要求暂未可知 夏洛克·福尔摩斯（Sherlock Holmes）是由19世纪末的英国侦探小说家阿瑟·柯南·道尔所著小说《福尔摩斯探案集》系列以及衍生作品中所塑造...

---

2020春节疫情期间都有哪些新品牌被律所代理了？速看！

· 发表在#跨境头条#

第四个新品牌涉及到一个新律所-**AM Sullivan** Law,LLC，也是个芝加哥律所，代理了一个魔方产品品牌：RUBIK'S。该案同时涉及商标和版权。[2020/1/31]20-cv-733 RUBIK'S BRAND,LTD当然，除了这些新品牌，GBC大所在这期间还为很多老品牌继续发起了立案，这期间...

---

新案冻结！这款侵权产品请立即下架！

· 发表在#跨境头条#

1.SAPER LAW 律所[2021/02/26]21-cv-1149 Smart Cookie Home Essentials Inc.(Burger Master 汉堡压磨具)2.FERENCE律所[2021/xx/xx]21-cv-271 Doggie Dental,Inc（BRISTLY 狗狗磨牙棒）（开始冻结）3.**AM Sullivan** 律所[2021/02/25]21-cv-1117 Gearbox ...

---

紧急！二次元人物初音动漫开始冻结立即下架该产品！

· 发表在#跨境头条#

**AM Sullivan**[2020/9/21]20-cv-5589 Crypton Future Media Inc（Hatsune Miku初音动漫）**AM Sullivan** LawAM Sullivan Law律所位于美国芝加哥伊利诺伊州，专门做知识产权这块。2020年1月2日首次在跨境电商案件中出现。代理的品牌：MIRACULOUS 瓢虫少女，Rubiks ...

---

恐怖！近期会冻结的26个品牌！卖家注意排查下架

· 发表在#跨境头条#

Material Corp.（BESTWAY充气床）HSPRD[2020/07/15]20cv04157 M.P.PUBLISHING APS（Volbeat乐队）**AM Sullivan**[2020/07/10]20-cv-4077 MGA Entertainment,Inc（LoL surprise惊喜娃娃）1.EMOJI 表情 告的版权和商标。用了Emoji和Emoji的表情都有侵权风险。2....

---

喜欢隐匿新案件之AMS律所至今代理的品牌有哪些？看这里！

同样喜欢隐匿新案件信息的还有AMS律所，**AM Sullivan** Law,LLC位于美国的芝加哥，伊利诺伊州。律所网站：http://amsullivanlaw.com/。AMS律所的案子和解难度不大，和解金也主要参考产品销量。那我们今天就来看看AMS律所至今代理的品牌都有哪些吧？文字快速识别...

---

### 紧急隐藏案件冻结！新品牌小羊肖恩，请立即排查下架目及时提现

· 发表在#跨境头条#

**AM Sullivan**律所[2021/01/11]21-cv-158 Aardman Animations,LTD.(Shaun the sheep小羊肖恩)（1月28日冻结）**AM Sullivan** Law**AM Sullivan** Law律所位于美国芝加哥伊利洛伊州，专门做知识产权这块。2020年1月2日首次在跨境电商案件中出现。代理品牌：Shaun the ...

---

### 可怕！一天内三个新品牌被代理！2个乐队，1个户外运动品牌！

· 发表在#跨境头条#

原告品牌：Led Zeppelin原告律所：**AM Sullivan** Law,LLC起诉地：伊利诺伊州北区法院**AM Sullivan** Law,LLC 是今年出现的一个新律所，之前 MIRACULOUS 瓢虫少女，RUBIK 'S 鲁比克魔方，就是其代理的，除了今天这个乐队，**AM Sullivan** Law,LLC现如今还把之前Keith...

---

### 紧急！隐藏案件冻结！UFC终极格斗赛被律所代理冻结Wish平台！

· 发表在#跨境头条#

**AM Sullivan**[2020/12/07]20-cv-7229 Zuffa,LLC（UFC终极格斗赛）**AM Sullivan** Law**AM Sullivan** Law律所位于美国芝加哥伊利诺伊州，专门做知识产权这块。2020年1月2日首次在跨境电商案件中出现，代理品牌：TMNT忍者神龟，Led Zeppelin齐柏林飞艇乐队，Iron ...

---

### 立即下架！超级偶像连发两案起诉侵权，这些产品不能卖！

· 发表在#跨境头条#

涅槃乐队的代理律所是GBC，IRON MAIDEN(铁娘子)乐队的代理律所是**AM Sullivan** Law,LLC，卖家们需仔细清查店铺，不用使用品牌相关商标及相关版权作品。近期，名人明星侵权案件频发，我们之前也分享过起明星侵权案件。总结了一些相关规律如下：✦ 名人明星自带...

---

### Pregancy Pillow、Tee Turtle、Mobile Salon等新品牌案件通知！

· 发表在#跨境头条#

商标：AS Roma、A.S.ROMA、ASR等代理律所：**AM Sullivan** Law,LLC案件号：20-cv-7258和解金:新出现的原告，和解要求暂未可知 罗马足球俱乐部（A.S.Roma，简称罗马）位于意大利首都罗马。1927年7月22日，由罗马市当地的几家球队合并成立。1929年罗马首度征战...

---

### 又一重金属乐队品牌被律所代理！10个被律所代理的乐队品牌都清楚了吗？

· 发表在#跨境头条#

**AM Sullivan**律所代理的：Led Zeppelin 齐柏林飞艇乐队，Iron Maiden 铁娘子SMG律所代理的：The Beatles 披头士乐队GBC律所代理的：Eagles老鹰乐队；Def Leppard（威豹乐队）HSP律所代理的：Volbeat乐队以目前的形势来看，加入乐队维权的律所越来越多，以下...

---

### 紧急！立即下架忍者神龟相关产品，开始冻结！

· 发表在#跨境头条#

今天有卖家反应，**AM Sullivan**律所又有一个新案子，TMNT忍者神龟。TMNT忍者神龟也是我们经常提到的一个经典IP，同时还要注意一下海绵宝宝，芝麻街等作品。那么TMNT忍者神龟上架的卖家记得下架并且及时提现。ebay平台已经开始冻结。**AM Sullivan**[2020/7/23]20...

# EXHIBIT 7

# What are the brands represented by AMS law firms that like to conceal new cases so far? look here!

**SellerGuard**

2 months ago  👁 293

In the previous article, Xiaosai has summarized the brands that Keener Law Firm has represented:

[What brands does Keener Law Firm represent so far, who like to conceal new cases? look here!](#)

Also like to hide information about new cases is AMS Law Firm, AM Sullivan Law, LLC is located in Chicago, Illinois, USA. Law firm website: http://amsullivanlaw.com/ . The AMS law firm's case is not difficult to settle, and the settlement fund mainly refers to product sales.

Then let's take a look at the brands that AMS Law Firm has represented so far, right?

    

    

**Fast text recognition version**

1. Hatsune Miku
2. Einstein Einstein
3.TMNT Teenage Mutant Ninja Turtles
4.LOL SURPRISE! Surprise doll
5.Iron Maiden
6.Led Zeppelin Zeppelin
7.RUBIK'S Cube Rubik
8.MIRACULOUS Ladybug Girl
9.Shaun the sheep
10.ELLA FITZGERALD Ella Fitzgerald
11.UFC Ultimate Fighting Championship
12.Steve McQueen
13.Stone Island street fashion
14. CWC trademark
15.Clever Cutter Multifunctional Scissors
16.Sons of Arthritis
17. NFL Football League Players Association
18. The  Sherlock Holmes  Sherlock Holmes

**Graphic and text quick recognition version**

**1. Hatsune Miku**



## 2. Einstein Einstein



## 3.TMNT Teenage Mutant Ninja Turtles



## 4.LOL SURPRISE! Surprise doll



**5.Iron Maiden**



**6.Led Zeppelin Zeppelin**



**7.RUBIK'S Cube Rubik**



## 8.MIRACULOUS Ladybug Girl



## 9.Shaun the sheep



## 10.ELLA FITZGERALD Ella Fitzgerald

7/28/2021    What are the brands repeated by Amazon that the big sellers have been hit? The navigation-cross-border e-commerce portal

Case 1:21-cv-05067-Document #: 2 Filed: 09/24/21 Page 70 of 74 PageID #:315



**11.UFC Ultimate Fighting Championship**



**12.Steve McQueen**



**13.Stone Island street fashion**



## 14. CWC trademark



## 15.Clever Cutter Multifunctional Scissors



## 16.Sons of Arthritis

7/28/2021    What are the brands registered in US Amazon, and how to defend yourself? Cross-border e-commerce navigation-cross-border e-commerce portal

Case 1:21-cv-05067 Document #: 7-2 Filed: 09/24/21 Page 72 of 74 PageID #:317



### 17. NFL Football League Players Association



### 18. The  Sherlock Holmes  Sherlock Holmes

7/28/2021   What are the brands registered on Amazon that frequently complain of infringement? These 7 categories of big sellers must pay attention!-Amazon-Cross-border Navigation-cross-border e-commerce portal

Case 1:21-cv-05067 Document 7-2 Filed 09/24/21 Page 73 of 74 PageID #:118









**We have established an Amazon seller exchange group, and there are many big sellers in it. Now scan the QR code to reply "add group" and pull you into the group.**

Currently 300,000+ people have followed us to join us

The article is the author's independent point of view and does not represent the position of AMZ123. If there is any infringement, please contact us.

  

Share it with your friends!

☆
0 Favorites

up to date    Popular    service    Logistics    label    Author



### Apptopia: How should companies understand the indicator of App downloads?

In the industry news about the Internet, App downloads are the most frequently occurring indicator, and there may not be one of them. Many practitioners regard this indicator as the best statistic that reflects the performance of the App market. This indicator is important,...



### Can ordinary people do TikTok?

Before answering this question, let us first think about these two questions: First: How ordinary do ordinary people need to be ordinary? Second: Where are the thresholds and barriers of TikTok? First take a most "common" example. English foundation is almost 0, can...



### Good news! Good news!

Sister Keng is here! Today, Sister Keng brings a good news, Amazon can contact the buyer to modify the bad review! ! ! If this news is true, it will be a boon for the sellers! According to the feedback from sellers, this function is mainly to help sellers directly contact the buyer...



### Anti-infringement warning 311 for a [notebook pattern] on the Yamei site

Selling [notebooks] on Amazon America should be a relatively low-threshold business. However, when selling a [notebook] with a certain value, it is recommended to also consider the risk of potential intellectual property infringement. When selling those [notebooks] with a...



### From 0 to 1 billion users, the founder left the market sadly after creating a phenomenal...

In 2012, Instagram was acquired by Facebook at a sky-high price of US$1 billion at the time. Its founder Strom seems to have a happy ending, but a big drama has just begun. Facebook founder Zuckerberg agreed to maintain the independence of Instagram, but the...



### Xiaosheng Insight | How to balance compliance and development of cross-border e-...

Following the implementation of the UK tax reform, the EU tax reform is about to land. This major reform involving 27 countries and 7 billion euros in taxes will definitely affect the cross-border e-commerce market environment and the future development trend of the...

---

**Latest reply** ( 0 )

/ **Participate in comments**

Comment after **login**

Please enter the content of the comment

Reply

↱ Advanced reply

---

return