UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONAN DOYLE ESTATE LTD.<br><br>PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO. 1:21-CV-05067<br><br>**FILED UNDER SEAL** |

# EXHIBIT 1 TO THE COMPLAINT

CONAN DOYLE ESTATE LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A

**EXHIBIT 1**         **TRADEMARK REGISTRATIONS**



# SHERLOCK HOLMES

| | |
|---|---|
| **Reg. No. 4,313,984** | CONAN DOYLE ESTATE LIMITED (UNITED KINGDOM CORPORATION) |
| | 9 LONDON ROAD |
| **Registered Apr. 2, 2013** | SOUTHAMPTON, UNITED KINGDOM SO152AE |
| **Int. Cl.: 28** | FOR: ELECTRONIC GAMING MACHINES, NAMELY, DEVICES THAT ACCEPT A WAGER, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50). |
| **TRADEMARK** | FIRST USE 12-3-2012; IN COMMERCE 12-3-2012. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SN 85-447,511, FILED 10-14-2011. |
| | DAVID HOFFMAN, EXAMINING ATTORNEY |



Acting Director of the United States Patent and Trademark Office

THE CONAN DOYLE ESTATE LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A

**EXHIBIT 1**             **TRADEMARK REGISTRATIONS**



# SHERLOCK HOLMES

**Reg. No. 4,690,745**    CONAN DOYLE ESTATE LIMITED (UNITED KINGDOM CORPORATION)
9 LONDON ROAD
**Registered Feb. 24, 2015** SOUTHAMPTON, UNITED KINGDOM SO152AE

**Int. Cl.: 41**    FOR: ORGANISATION OF EXHIBITIONS FOR CULTURAL, EDUCATIONAL, AND ENTERTAINMENT PURPOSES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

**SERVICE MARK**    FIRST USE 10-9-2013; IN COMMERCE 10-9-2013.

**PRINCIPAL REGISTER**    THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-126,503, FILED 11-22-2013.

ALYSSA STEEL, EXAMINING ATTORNEY



*Michelle K. Lee*
**Deputy Director of the United States
Patent and Trademark Office**

THE CONAN DOYLE ESTATE LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A

**EXHIBIT 1**            **TRADEMARK REGISTRATIONS**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,396,601**    Conan Doyle Estate Limited (UNITED KINGDOM CORPORATION)
9 London Road
**Registered Feb. 06, 2018**    Southampton, UNITED KINGDOM SO152AE

**Int. Cl.: 16**    CLASS 16: Books and short stories in the field of detective fiction

**Trademark**    FIRST USE 11-1-2011; IN COMMERCE 11-1-2011

**Principal Register**    The mark consists of the silhouette of Sherlock Holmes with deerstalker and pipe, superimposed over the profile of Sir Arthur Conan Doyle, surrounded by the circular text "SHERLOCK HOLMES" in bold and "CONAN DOYLE ESTATE LTD," and enclosed within a circle.

No claim is made to the exclusive right to use the following apart from the mark as shown: "ESTATE LTD"

SEC. 2(F) As to "SHERLOCK HOLMES"

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 85-229,790, FILED 01-31-2011



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

THE CONAN DOYLE ESTATE LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A

**EXHIBIT 1**  **TRADEMARK REGISTRATIONS**



## SHERLOCK HOLMES

**Reg. No. 5,906,240** CONAN DOYLE ESTATE LIMITED (UNITED KINGDOM CORPORATION)
9 London Road
**Registered Nov. 12, 2019** Southampton, NEW MEXICO SO152AE

**Int. Cl.: 25** CLASS 25: Clothing, namely, trousers, coats, vests, neckties, bow ties, capes, suspenders, cummerbunds, hats, skirts, dresses, trews, kilts, scarves, aprons, jackets, pyjamas, bathrobes, knickerbockers, and plus fours; footwear, namely, shoes and slippers; headwear, namely, flat caps, caps, and deerstalker hats

**Trademark**

**Principal Register** FIRST USE 12-6-2017; IN COMMERCE 12-6-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-884,204, FILED 04-19-2018

Director of the United States
Patent and Trademark Office