**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CONAN DOYLE ESTATE LTD., | CASE NO.: 1:21-cv-05067 |
| PLAINTIFF, | |
| v. | JUDGE ANDREA R. WOOD |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | MAGISTRATE JUDGE JEFFREY COLE |
| DEFENDANTS. | **FILED UNDER SEAL** |

# SEALED EXHIBIT 2 TO THE DECLARATION OF PAUL VARLEY

**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

# 1. AW cos Store



| Product Page | Marketplace |
| --- | --- |
| www.aliexpress.com/item/4001286830655.html | AliExpress |
| **Product ID** | **Brand** |
| 4001286830655 | Sherlock Holmes |
| **Seller Name** | |
| AW cos Store | |

**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**



**Conan Doyle Estate Ltd.**                              **Varley Declaration | Exhibit 2**

# 2. Chemistry Cosplay



Previous image took on: May 20, 2021, 11:44 AM UTC

**Product Page**

https://www.aliexpress.com/item/32726051636.html

**Product ID**

32726051636

**Seller Name**

Chemistry Cosplay

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes

**Conan Doyle Estate Ltd.**                                              **Varley Declaration | Exhibit 2**

Following image took on: May 20, 2021, 11:46 AM UTC



Following image took on: May 20, 2021, 11:44 AM UTC



**Conan Doyle Estate Ltd.**        **Varley Declaration | Exhibit 2**

Following image took on: May 20, 2021, 11:45 AM UTC



Following image took on: May 20, 2021, 11:45 AM UTC



# 3. Children have fun Store



**Product Page**

www.aliexpress.com/item/1005001419646110.html

**Product ID**

1005001419646110

**Seller Name**

Children have fun Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes

**Conan Doyle Estate Ltd.**                                                                 **Varley Declaration | Exhibit 2**



**Conan Doyle Estate Ltd.**                                      **Varley Declaration | Exhibit 2**

# 4. happylives Store



Product Page

www.aliexpress.com/item/1005001731474652.html

Product ID

1005001731474652

Seller Name

happylives Store

Marketplace

AliExpress

Brand

Sherlock Holmes



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

# 5. Kingcos Store



| Product Page | Marketplace |
|---|---|
| www.aliexpress.com/item/4000190227726.html | AliExpress |
| **Product ID** | **Brand** |
| 4000190227726 | Sherlock Holmes |
| **Seller Name** | |
| Kingcos Store | |



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

# 6. leading costume sexy pajamas factory Store



Previous image took on: April 13, 2021, 7:16 AM UTC

Product Page                                    Marketplace

https://www.aliexpress.com/item/4000196261353    AliExpress
.html

Product ID                                      Brand

4000196261353                                   Sherlock Holmes

Seller Name

leading costume sexy pajamas factory Store

Following image took on: April 13, 2021, 7:17 AM UTC



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: April 13, 2021, 7:17 AM UTC



Following image took on: April 13, 2021, 7:30 AM UTC



# 7. PLOERMIN Official Store



**Product Page**

www.aliexpress.com/item/32916424586.html

**Product ID**

32916424586

**Seller Name**

PLOERMIN Official Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes



# 8. ReallySpecial Store



**Product Page**

[www.aliexpress.com/item/4000629079413.html](www.aliexpress.com/item/4000629079413.html)

**Product ID**

4000629079413

**Seller Name**

ReallySpecial Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes



# 9. Rolefancy Store



**Product Page**

www.aliexpress.com/item/1005001967684847.html

**Product ID**

1005001967684847

**Seller Name**

Rolefancy Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes



# 10. Shimmer Cos



**Product Page**

www.aliexpress.com/item/4000112062398.html

**Product ID**

4000112062398

**Seller Name**

Shimmer Cos

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes



# 11. Shimmer Fashion Life



Product Page

www.aliexpress.com/item/4001228354620.html

Product ID

4001228354620

Seller Name

Shimmer Fashion Life

Marketplace

AliExpress

Brand

Sherlock Holmes



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

# 12. Shop3652059 Store



| Product Page | Marketplace |
|---|---|
| www.aliexpress.com/item/32868552811.html | AliExpress |
| **Product ID** | **Brand** |
| 32868552811 | Sherlock Holmes |
| **Seller Name** | |
| Shop3652059 Store | |



# 13. Shop5261217 Store



**Product Page**

[www.aliexpress.com/item/4000555858029.html](http://www.aliexpress.com/item/4000555858029.html)

**Product ID**

4000555858029

**Seller Name**

Shop5261217 Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

# 14. Shop5371191 Store



Previous image took on: August 20, 2021, 11:32 AM UTC

Product Page

https://www.aliexpress.com/item/1000001251119
4.html

Product ID

10000012511194

Seller Name

Shop5371191 Store

Marketplace

AliExpress

Brand

Sherlock Holmes

**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

Following image took on: August 20, 2021, 11:33 AM UTC



Following image took on: August 20, 2021, 11:32 AM UTC



Following image took on: August 20, 2021, 11:32 AM UTC



Following image took on: August 20, 2021, 11:33 AM UTC



# 15. Shop5476106 Store



**Product Page**

www.aliexpress.com/item/1005001640408530.html

**Product ID**

1005001640408530

**Seller Name**

Shop5476106 Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes

**Conan Doyle Estate Ltd.**          **Varley Declaration | Exhibit 2**



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

# 16. Shop5587346 Store



| Product Page | Marketplace |
|---|---|
| www.aliexpress.com/item/1005001861488144.html | AliExpress |
| **Product ID** | **Brand** |
| 1005001861488144 | Sherlock Holmes |
| **Seller Name** | |
| Shop5587346 Store | |

**Conan Doyle Estate Ltd.**                          **Varley Declaration | Exhibit 2**



# 17. Sombrero Store



**Product Page**

www.aliexpress.com/item/1005001767672933.html

**Product ID**

1005001767672933

**Seller Name**

Sombrero Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes



**Conan Doyle Estate Ltd.**                                              **Varley Declaration | Exhibit 2**

# 18. The Shape of Water Store



| Product Page | Marketplace |
|---|---|
| www.aliexpress.com/item/1005001578762700.html | AliExpress |
| **Product ID** | **Brand** |
| 1005001578762700 | Sherlock Holmes |
| **Seller Name** | |
| The Shape of Water Store | |



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**



# 19. TUDOU Store



**Product Page**

www.aliexpress.com/item/32996778042.html

**Product ID**

32996778042

**Seller Name**

TUDOU Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes





Conan Doyle Estate Ltd.          Varley Declaration | Exhibit 2

# 20. TUNICA Hat factory Store



**Product Page**

www.aliexpress.com/item/32853381332.html

**Product ID**

32853381332

**Seller Name**

TUNICA Hat factory Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes



# 21. WSHDA Store



**Product Page**

[www.aliexpress.com/item/4000986038865.html](www.aliexpress.com/item/4000986038865.html)

**Product ID**

4000986038865

**Seller Name**

WSHDA Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes



# 22. WSHDY Store



Product Page

www.aliexpress.com/item/4001037753256.html

Product ID

4001037753256

Seller Name

WSHDY Store

Marketplace

AliExpress

Brand

Sherlock Holmes



# 23. yebo2019 Store



**Product Page**

www.aliexpress.com/item/1005001977295427.html

**Product ID**

1005001977295427

**Seller Name**

yebo2019 Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes



# 24. Yiwu yiw5 e-commerce firm



**Product Page**

www.aliexpress.com/item/32789057605.html

**Product ID**

32789057605

**Seller Name**

Yiwu yiw5 e-commerce firm

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes



# 25. YJ Store



**Product Page**

www.aliexpress.com/item/32994486188.html

**Product ID**

32994486188

**Seller Name**

YJ Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes



# 26. YJP Official Store



| Product Page | Marketplace |
|---|---|
| www.aliexpress.com/item/4001271205700.html | AliExpress |
| **Product ID** | **Brand** |
| 4001271205700 | Sherlock Holmes |
| **Seller Name** | |
| YJP Official Store | |





**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

# 27. BEN Müller



Previous image took on: August 19, 2021, 9:50 AM UTC

**Product Page**

https://www.amazon.com/EMMA-Detective-Cosplay-Costume-Sherlock/dp/B082J3B3YF/ref=sr&sr=8-94

**Product ID**

B082J3B3YF

**Seller Name**

BEN Müller

**Marketplace**

Amazon

**Brand**

Sherlock Holmes

**Conan Doyle Estate Ltd.**                              **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 9:50 AM UTC



Following image took on: August 19, 2021, 9:50 AM UTC

**Conan Doyle Estate Ltd.**

**Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 9:50 AM UTC



Following image took on: August 19, 2021, 9:53 AM UTC



# 28. Bikini bag



Previous image took on: August 19, 2021, 9:54 AM UTC

Product Page

https://www.amazon.com/Sherlock-Holmes-Lives-Cap-Adjustable/dp/B07GPTBZ84/ref=sr_1_253

Product ID

B07GPTBZ84

Seller Name

Bikini bag

Marketplace

Amazon

Brand

Sherlock Holmes

**Conan Doyle Estate Ltd.**                                        **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 9:54 AM UTC



Following image took on: August 19, 2021, 9:54 AM UTC



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 9:56 AM UTC



**Conan Doyle Estate Ltd.**　　　　　　　　　　　　　　　　　**Varley Declaration | Exhibit 2**

# 29. COLORSTYLE



Previous image took on: August 19, 2021, 10:07 AM UTC

**Product Page**

https://www.amazon.com/Youngate-Sherlock-Holmes-Detective-Earflap/dp/B07KLTJ4BD/ref=sr&sr=8-10

**Product ID**

B07KLTJ4BD

**Seller Name**

COLORSTYLE

**Marketplace**

Amazon

**Brand**

Sherlock Holmes

**Conan Doyle Estate Ltd.**        **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 10:07 AM UTC



Following image took on: August 19, 2021, 10:07 AM UTC

**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 10:09 AM UTC



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

# 30. DELIFUR



Previous image took on: August 19, 2021, 10:13 AM UTC

**Product Page**

https://www.amazon.com/DELIFUR-Detective-Costume-Sherlock-Holmes/dp/B095LJDNGV/ref=sr&sr=8-58

**Product ID**

B095LJDNGV

**Seller Name**

DELIFUR

**Marketplace**

Amazon

**Brand**

Sherlock Holmes

Following image took on: August 19, 2021, 10:13 AM UTC



Following image took on: August 19, 2021, 10:14 AM UTC



Following image took on: August 19, 2021, 10:15 AM UTC



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

# 31. Lambland UK



Previous image took on: August 19, 2021, 11:10 AM UTC

Product Page

https://www.amazon.com/Lambland-Sherlock-Holmes-Deerstalker-Herringbone/dp/B093HF4KKG/ref=sr&sr=8-123

Product ID

B093HF4KKG

Seller Name

Lambland UK

Marketplace

Amazon

Brand

Sherlock Holmes

**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 11:10 AM UTC



Following image took on: August 19, 2021, 11:10 AM UTC

Following image took on: August 19, 2021, 11:11 AM UTC



**Conan Doyle Estate Ltd.**                                 **Varley Declaration | Exhibit 2**

# 32. Luckiest Store



Previous image took on: August 19, 2021, 11:07 AM UTC

Product Page

https://www.amazon.com/Collection-Sherlock-Detective-Adjustable-Athletic/dp/B098QNDH41/ref=sr_1_173

Product ID

B098QNDH41

Seller Name

Luckiest Store

Marketplace

Amazon

Brand

Sherlock Holmes

**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 11:07 AM UTC



Following image took on: August 19, 2021, 11:07 AM UTC

**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 11:08 AM UTC



**Conan Doyle Estate Ltd.**                                                    **Varley Declaration | Exhibit 2**

# 33. OldHatters



Previous image took on: August 19, 2021, 10:56 AM UTC

Product Page

https://www.amazon.com/Sterkowski-Harris-Tweed-Deerstalker-Sherlock/dp/B00R6MCDNW/ref=sr&sr=8-51

Product ID

B00R6MCDNW

Seller Name

OldHatters

Marketplace

Amazon

Brand

Sherlock Holmes

**Conan Doyle Estate Ltd.**                                            **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 10:56 AM UTC



Following image took on: August 19, 2021, 10:56 AM UTC



**Conan Doyle Estate Ltd.**                              **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 10:56 AM UTC



Following image took on: August 19, 2021, 10:56 AM UTC

**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 10:58 AM UTC



Conan Doyle Estate Ltd.                                    Varley Declaration | Exhibit 2

# 34. VIVICMW



Previous image took on: August 19, 2021, 10:40 AM UTC

**Product Page**

https://www.amazon.com/VIVICMW-Unisex-Sherlock-Detective-Deerstalker/dp/B07WVQ6JW5/ref=sr&sr=8-11

**Product ID**

B07WVQ6JW5

**Seller Name**

VIVICMW

**Marketplace**

Amazon

**Brand**

Sherlock Holmes

**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 10:40 AM UTC



Following image took on: August 19, 2021, 10:41 AM UTC



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 10:42 AM UTC



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

# 35. WANJINGBAIHUO



Previous image took on: August 19, 2021, 10:52 AM UTC

**Product Page**

https://www.amazon.com/Detective-Sherlock-Adjustable-Flatbrim-Snapback/dp/B09B56J5MW/ref=sr_1_200

**Product ID**

B09B56J5MW

**Seller Name**

WANJINGBAIHUO

**Marketplace**

Amazon

**Brand**

Sherlock Holmes

**Conan Doyle Estate Ltd.**           **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 10:52 AM UTC



Following image took on: August 19, 2021, 10:53 AM UTC



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 10:54 AM UTC



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

# 36. WWLLStore



Previous image took on: August 19, 2021, 10:10 AM UTC

**Product Page**

https://www.amazon.com/Detective-Sherlock-Adjustable-Athletic-Baseball/dp/B096YW2P7F/ref=sr_1_219

**Product ID**

B096YW2P7F

**Seller Name**

WWLLStore

**Marketplace**

Amazon

**Brand**

Sherlock Holmes

**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 10:11 AM UTC



Following image took on: August 19, 2021, 10:10 AM UTC



Following image took on: August 19, 2021, 10:11 AM UTC



**Conan Doyle Estate Ltd.**　　　　　　　　　　　　　　**Varley Declaration | Exhibit 2**

# 37. xinyifa



Previous image took on: August 18, 2021, 9:32 AM UTC

Product Page

https://www.amazon.com/Ruluti-Cosplay-Detective-Sherlock-Deerstalker/dp/B0986WC71G/ref=sr&sr=8-14

Product ID

B0986WC71G

Seller Name

xinyifa

Marketplace

Amazon

Brand

Sherlock Holmes

**Conan Doyle Estate Ltd.**                              **Varley Declaration | Exhibit 2**

Following image took on: August 18, 2021, 9:32 AM UTC



Following image took on: August 18, 2021, 9:33 AM UTC



**Conan Doyle Estate Ltd.**      **Varley Declaration | Exhibit 2**

Following image took on: August 18, 2021, 9:34 AM UTC



# 38. XLEshop



Previous image took on: August 19, 2021, 9:57 AM UTC

Product Page

https://www.amazon.com/Sherlock-Holmes-Vintage-Tobacco-Beautiful/dp/B099K38MM5/ref=sr_1_202

Product ID

B099K38MM

Seller Name

XLEshop

Marketplace

Amazon

Brand

Sherlock Holmes

**Conan Doyle Estate Ltd.**                                            **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 9:57 AM UTC



Following image took on: August 19, 2021, 9:57 AM UTC



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 9:58 AM UTC



# 39. cosplayfield



Previous image took on: August 23, 2021, 10:34 AM UTC

**Product Page**

https://www.bonanza.com/listings/Fate-Grand-Order-Ruler-Sherlock-Holmes-Cosplay-Costume-Outfit-for-Sale/617956661?featured=true

**Product ID**

617956661

**Seller Name**

cosplayfield

**Marketplace**

Bonanza

**Brand**

Sherlock Holmes

**Conan Doyle Estate Ltd.**　　　　　　　　　　　　**Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 10:34 AM UTC



Following image took on: August 23, 2021, 10:34 AM UTC



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 10:34 AM UTC



Following image took on: August 31, 2021, 2:57 PM UTC

**Conan Doyle Estate Ltd.**          **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 10:39 AM UTC



# 40. untung_salawasna



Previous image took on: August 23, 2021, 8:46 AM UTC

Product Page

https://www.bonanza.com/listings/Sherlock-Holmes-TV-Show-UK-Bodycon-Dress/525629105

Product ID

525629105

Seller Name

untung_salawasna

Marketplace

Bonanza

Brand

Sherlock Holmes

**Conan Doyle Estate Ltd.**          **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 8:46 AM UTC



Following image took on: August 23, 2021, 8:47 AM UTC



**Conan Doyle Estate Ltd.**      **Varley Declaration | Exhibit 2**

Following image took on: August 31, 2021, 2:47 PM UTC



Following image took on: August 23, 2021, 10:43 AM UTC



**Conan Doyle Estate Ltd.**　　　　　　　　　　**Varley Declaration | Exhibit 2**

# 41. bonzuser_cnrlo



Previous image took on: August 23, 2021, 12:36 PM UTC

**Product Page**

https://www.bonanza.com/listings/Sherlock-Holmes-Cape-Coat-Sherlock-Holmes-Costume/748085135

**Product ID**

748085135

**Seller Name**

bonzuser_cnrlo

**Marketplace**

Bonanza

**Brand**

Sherlock Holmes

**Conan Doyle Estate Ltd.**                                      **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 12:36 PM UTC

Following image took on: August 23, 2021, 12:37 PM UTC



**Conan Doyle Estate Ltd.**                                        **Varley Declaration | Exhibit 2**

Following image took on: August 31, 2021, 2:52 PM UTC



Following image took on: August 23, 2021, 12:38 PM UTC



Conan Doyle Estate Ltd.                                    Varley Declaration | Exhibit 2

# 42. DecorHut



Previous image took on: August 23, 2021, 12:31 PM UTC

Product Page

https://www.bonanza.com/listings/Men-s-
Sherlock-Holmes-Jacket-Real-Shearling-Fur-
Black-Wool-Leather-Jacket-Coat/767593610

Product ID

767593610

Seller Name

DecorHut

Marketplace

Bonanza

Brand

Sherlock Holmes

**Conan Doyle Estate Ltd.**                              **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 12:31 PM UTC



Following image took on: August 23, 2021, 12:31 PM UTC



**Conan Doyle Estate Ltd.**                                   **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 12:32 PM UTC



Following image took on: August 23, 2021, 12:33 PM UTC



**Conan Doyle Estate Ltd.**                                      **Varley Declaration | Exhibit 2**

# 43. lilunder



Previous image took on: August 23, 2021, 12:24 PM UTC

| | |
|---|---|
| Product Page | Marketplace |
| https://www.bonanza.com/listings/necktie-sherlock-holmes-detective/695053219 | Bonanza |
| Product ID | Brand |
| 695053219 | Sherlock Holmes |
| Seller Name | |
| lilunder | |

**Conan Doyle Estate Ltd.**  **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 12:24 PM UTC



Following image took on: August 23, 2021, 12:25 PM UTC



**Conan Doyle Estate Ltd.**                                      **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 12:27 PM UTC



# 44. Trendysmokingjackets



Previous image took on: July 6, 2021, 9:53 AM UTC

| | |
|---|---|
| Product Page | Marketplace |
| https://www.bonanza.com/listings/1061814640 | Bonanza |
| Product ID | Brand |
| 1061814640 | Sherlock Holmes |
| Seller Name | |
| Trendysmokingjackets | |

Following image took on: July 6, 2021, 9:53 AM UTC

**Conan Doyle Estate Ltd.**

**Varley Declaration | Exhibit 2**

Following image took on: July 6, 2021, 9:53 AM UTC



Following image took on: July 6, 2021, 9:53 AM UTC



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: August 31, 2021, 1:44 PM UTC



Following image took on: July 6, 2021, 9:54 AM UTC



**Conan Doyle Estate Ltd.**                                   **Varley Declaration | Exhibit 2**

# 45. appq83



**Product Page**

https://www.ebay.com/itm/Sherlock-Holmes-Deerstalker-Tweed-Multi-Check-Herringbone-Wool-Blend-Hat-Cap/311766584968

**Product ID**

311766584968

**Seller Name**

appq83

**Marketplace**

eBay

**Brand**

Sherlock Holmes



**Conan Doyle Estate Ltd.**    **Varley Declaration | Exhibit 2**

**Conan Doyle Estate Ltd.**                                            **Varley Declaration | Exhibit 2**



**Conan Doyle Estate Ltd.**

**Varley Declaration | Exhibit 2**

# 46. derventio



Previous image took on: August 23, 2021, 7:15 AM UTC

Product Page

https://www.ebay.co.uk/itm/172430428325

Product ID

172430428325

Seller Name

derventio

Marketplace

eBay

Brand

Sherlock Holmes

Following image took on: August 23, 2021, 7:15 AM UTC



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 7:15 AM UTC



Following image took on: August 23, 2021, 7:17 AM UTC



# 47. dominstore1109



**Product Page**

https://www.ebay.com/itm/Sherlock-Holmes-Cosplay-Carnival-Costume-Halloween-Outfit-Kids-Coat-Suit/233837835572

**Product ID**

233837835572

**Seller Name**

dominstore1109

**Marketplace**

eBay

**Brand**

Sherlock Holmes

**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**



Conan Doyle Estate Ltd.                                              Varley Declaration | Exhibit 2

# 48. doody_2006



Previous image took on: August 23, 2021, 7:20 AM UTC

**Product Page**

https://www.ebay.com/itm/274455493599

**Product ID**

274455493599

**Seller Name**

doody_2006

**Marketplace**

eBay

**Brand**

Sherlock Holmes

Following image took on: August 23, 2021, 7:20 AM UTC

**Conan Doyle Estate Ltd.**                                      **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 7:20 AM UTC

Following image took on: August 23, 2021, 7:21 AM UTC



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 7:21 AM UTC



# 49. gracedress



Product Page

https://www.ebay.com/itm/Sherlock-Cosplay-Holmes-Dr-Watson-John-Costume-Black-Jacket-Coat-All-match-New/271610481522

Product ID

271610481522

Seller Name

gracedress

Marketplace

eBay

Brand

Sherlock Holmes

**Conan Doyle Estate Ltd.**                                      **Varley Declaration | Exhibit 2**



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

# 50. idealgiftshop



Previous image took on: April 13, 2021, 9:16 AM UTC

| Product Page | Marketplace |
|---|---|
| https://www.ebay.com/itm/362540553910 | eBay |

| Product ID | Brand |
|---|---|
| 362540553910 | Sherlock Holmes |

| Seller Name | |
|---|---|
| idealgiftshop | |

Following image took on: April 13, 2021, 9:16 AM UTC

**Conan Doyle Estate Ltd.**                                         **Varley Declaration | Exhibit 2**

Following image took on: April 13, 2021, 9:16 AM UTC



Following image took on: April 13, 2021, 9:17 AM UTC



**Conan Doyle Estate Ltd.**                                   **Varley Declaration | Exhibit 2**

Following image took on: April 13, 2021, 9:18 AM UTC



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

# 51. jchproducts-uk



Previous image took on: August 23, 2021, 9:05 AM UTC

| | |
|---|---|
| **Product Page** | **Marketplace** |
| https://www.ebay.co.uk/itm/193138878382 | eBay |
| **Product ID** | **Brand** |
| 193138878382 | Sherlock Holmes |
| **Seller Name** | |
| jchproducts-uk | |

Following image took on: August 23, 2021, 9:05 AM UTC



**Conan Doyle Estate Ltd.**          **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 9:05 AM UTC



Following image took on: August 23, 2021, 9:05 AM UTC



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 9:06 AM UTC



**Conan Doyle Estate Ltd.**                                              **Varley Declaration | Exhibit 2**

# 52. jmctrading09



Previous image took on: August 23, 2021, 9:08 AM UTC

| Product Page | Marketplace |
|---|---|
| https://www.ebay.co.uk/itm/323387279175 | eBay |
| **Product ID** | **Brand** |
| 323387279175 | Sherlock Holmes |
| **Seller Name** | |
| jmctrading09 | |

Following image took on: August 23, 2021, 9:08 AM UTC

**Conan Doyle Estate Ltd.**        **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 9:08 AM UTC



Following image took on: August 23, 2021, 9:08 AM UTC



**Conan Doyle Estate Ltd.**                                                      **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 9:09 AM UTC



Following image took on: August 23, 2021, 9:10 AM UTC



**Conan Doyle Estate Ltd.**  **Varley Declaration | Exhibit 2**

# 53. lambland-ltd



Previous image took on: August 23, 2021, 9:11 AM UTC

Product Page

https://www.ebay.com/itm/154358386959

Product ID

154358386959

Seller Name

lambland-ltd

Marketplace

eBay

Brand

Sherlock Holmes

Following image took on: August 23, 2021, 9:11 AM UTC

**Conan Doyle Estate Ltd.**  **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 9:11 AM UTC



Following image took on: August 23, 2021, 9:11 AM UTC



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 9:11 AM UTC



Following image took on: August 23, 2021, 9:13 AM UTC



**Conan Doyle Estate Ltd.**                     **Varley Declaration | Exhibit 2**

# 54. legs.galore2009



Previous image took on: May 24, 2021, 9:23 AM UTC

| | |
|---|---|
| Product Page | Marketplace |
| https://www.ebay.com/itm/401285571938 | eBay |
| Product ID | Brand |
| 401285571938 | Sherlock Holmes |
| Seller Name | |
| legs.galore2009 | |

Following image took on: May 24, 2021, 9:23 AM UTC

**Conan Doyle Estate Ltd.**                              **Varley Declaration | Exhibit 2**

Following image took on: May 24, 2021, 9:23 AM UTC



Following image took on: May 24, 2021, 9:25 AM UTC



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

Following image took on: May 24, 2021, 9:26 AM UTC



Conan Doyle Estate Ltd.                                          Varley Declaration | Exhibit 2

# 55. lesheydt



Product Page

https://www.ebay.com/itm/Sherlock-Holmes-Wool-Trench-Suit-Coat-Cosplay-Costume-Business-Long-Cape-Outfit/353270416363

Product ID

353270416363

Seller Name

lesheydt

Marketplace

eBay

Brand

Sherlock Holmes



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

# 56. lfazevedo



Previous image took on: August 23, 2021, 8:04 AM UTC

Product Page

https://www.ebay.com/itm/371790158806

Product ID

371790158806

Seller Name

lfazevedo

Marketplace

eBay

Brand

Sherlock Holmes

Following image took on: August 23, 2021, 8:04 AM UTC



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 8:04 AM UTC



Following image took on: August 23, 2021, 8:04 AM UTC

**Conan Doyle Estate Ltd.**                                           **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 8:04 AM UTC



Following image took on: August 23, 2021, 8:05 AM UTC

**Conan Doyle Estate Ltd.**

**Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 8:06 AM UTC



Conan Doyle Estate Ltd.                                    Varley Declaration | Exhibit 2

# 57. newcossky



**Product Page**

https://www.ebay.com/itm/Sherlock-Holmes-Wool-Trench-Coat-Cosplay-Costume-Business-Long-Cape-Jacket/124460204168

**Product ID**

124460204168

**Seller Name**

newcossky

**Marketplace**

eBay

**Brand**

Sherlock Holmes

**Conan Doyle Estate Ltd.**                                   Varley Declaration | Exhibit 2



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

# 58. sterkowski_hats



Previous image took on: May 20, 2021, 11:40 AM UTC

| | |
|---|---|
| **Product Page** | **Marketplace** |
| https://www.ebay.com/itm/321838335320 | eBay |
| **Product ID** | **Brand** |
| 321838335320 | Sherlock Holmes |
| **Seller Name** | |
| sterkowski_hats | |

Following image took on: May 20, 2021, 11:41 AM UTC



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: May 20, 2021, 11:41 AM UTC



Following image took on: May 20, 2021, 11:42 AM UTC



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

# 59. super-store66



| | |
|---|---|
| Product Page | Marketplace |
| https://www.ebay.com/itm/Jacket-Sherlock-Holmes-Benedict-Cumberbatch-Classic-Cape-Wool-Long-Coat-Fgg55/264898751348 | eBay |
| | Brand |
| Product ID | Sherlock Holmes |
| 264898751348 | |
| Seller Name | |
| super-store66 | |



**Conan Doyle Estate Ltd.**                                   Varley Declaration | Exhibit 2



**Conan Doyle Estate Ltd.**                                   **Varley Declaration | Exhibit 2**

# 60. thejokeshop



Previous image took on: August 24, 2021, 6:31 AM UTC

Product Page

https://www.ebay.co.uk/itm/324612019305

Product ID

324612019305

Seller Name

thejokeshop

Marketplace

eBay

Brand

Sherlock Holmes

Following image took on: August 24, 2021, 6:31 AM UTC

**Conan Doyle Estate Ltd.**                                   **Varley Declaration | Exhibit 2**

Following image took on: August 24, 2021, 6:32 AM UTC



Following image took on: August 24, 2021, 6:37 AM UTC



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: August 24, 2021, 6:37 AM UTC



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

# 61. trustyseller67



Previous image took on: August 23, 2021, 7:04 AM UTC

| | |
|---|---|
| **Product Page** | **Marketplace** |
| https://www.ebay.co.uk/itm/224338158430 | eBay |
| **Product ID** | **Brand** |
| 224338158430 | Sherlock Holmes |
| **Seller Name** | |
| trustyseller67 | |

Following image took on: August 23, 2021, 7:04 AM UTC

**Conan Doyle Estate Ltd.**                          **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 7:04 AM UTC



Following image took on: August 23, 2021, 7:04 AM UTC

**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 7:04 AM UTC



Following image took on: August 23, 2021, 7:06 AM UTC

**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

Following image took on: August 23, 2021, 7:07 AM UTC



# 62. zakamboh



**Product Page**

https://www.ebay.com/itm/Sherlock-Holmes-Benedict-Cumberbatch-Classic-Cape-Robe-Cotton-Black-Trench-Coat/333107606739

**Product ID**

333107606739

**Seller Name**

zakamboh

**Marketplace**

eBay

**Brand**

Sherlock Holmes

**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**



**Conan Doyle Estate Ltd.**  **Varley Declaration | Exhibit 2**

# 63. coserz



Previous image took on: April 7, 2021, 4:08 PM UTC

Product Page

https://www.ecrater.com/p/29981681

Product ID

29981681

Seller Name

coserz

Marketplace

ECrater

Brand

Sherlock Holmes

**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

Following image took on: April 13, 2021, 10:26 AM UTC



Following image took on: April 13, 2021, 10:27 AM UTC



**Conan Doyle Estate Ltd.**　　　　　　　　　　　**Varley Declaration | Exhibit 2**

Following image took on: April 13, 2021, 10:28 AM UTC



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

# 64. Carttvinbo



Previous image took on: August 19, 2021, 9:46 AM UTC

| | |
|---|---|
| **Product Page** | **Marketplace** |
| https://www.etsy.com/listing/886661311/detective-sherlock-detective-hat | Etsy |
| **Product ID** | **Brand** |
| 886661311 | Sherlock Holmes |
| **Seller Name** | |
| Carttvinbo | |

**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 9:47 AM UTC



Following image took on: August 19, 2021, 9:47 AM UTC



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 9:49 AM UTC



# 65. Lambland



Previous image took on: August 19, 2021, 12:32 PM UTC

**Product Page**

https://www.etsy.com/listing/974315955/sherlock-holmes-wool-tweed-deerstalker

**Product ID**

974315955

**Seller Name**

Lambland

**Marketplace**

Etsy

**Brand**

Sherlock Holmes

**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 12:32 PM UTC



Following image took on: August 19, 2021, 12:32 PM UTC



**Conan Doyle Estate Ltd.**　　　　　　　　　　　**Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 12:32 PM UTC



Following image took on: August 19, 2021, 12:34 PM UTC



**Conan Doyle Estate Ltd.**        **Varley Declaration | Exhibit 2**

# 66. NativeLeatherEU



Previous image took on: August 19, 2021, 12:27 PM UTC

| | |
|---|---|
| **Product Page** | **Marketplace** |
| https://www.etsy.com/listing/1004857791 | Etsy |
| **Product ID** | **Brand** |
| 1004857791 | Sherlock Holmes |
| **Seller Name** | |
| NativeLeatherEU | |

Following image took on: August 19, 2021, 12:27 PM UTC



**Conan Doyle Estate Ltd.**                                **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 12:28 PM UTC



Following image took on: August 19, 2021, 12:28 PM UTC



**Conan Doyle Estate Ltd.**                                  **Varley Declaration | Exhibit 2**

Following image took on: August 19, 2021, 12:30 PM UTC



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

# 67. BoutiqueHouse



Previous image took on: April 13, 2021, 7:36 AM UTC

Product Page

https://www.wish.com/search/Sherlock%20Holmes/product/537b4061ab980a4b972a199b?share=web

Product ID

537b4061ab980a4b972a199b

Seller Name

BoutiqueHouse

Marketplace

Wish

Brand

Sherlock Holmes

Following image took on: April 13, 2021, 7:37 AM UTC



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: April 13, 2021, 7:37 AM UTC



Following image took on: April 13, 2021, 7:38 AM UTC



Conan Doyle Estate Ltd.                                    Varley Declaration | Exhibit 2

# 68. byfkllpch



Previous image took on: August 18, 2021, 9:29 AM UTC

**Product Page**

https://www.wish.com/search/Sherlock%20Holm
es/product/60faa6472cc0809a8e0f213f?
share=web

**Product ID**

60faa6472cc0809a8e0f213f

**Seller Name**

byfkllpch

**Marketplace**

Wish

**Brand**

Sherlock Holmes

**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

Following image took on: August 18, 2021, 9:29 AM UTC



Following image took on: August 18, 2021, 9:30 AM UTC



**Conan Doyle Estate Ltd.**　　　　　　　　　　　**Varley Declaration | Exhibit 2**

Following image took on: August 18, 2021, 9:31 AM UTC



Conan Doyle Estate Ltd.                                        Varley Declaration | Exhibit 2

# 69. Classic jewelry company



Previous image took on: April 13, 2021, 7:32 AM UTC

**Product Page**

https://www.wish.com/search/Sherlock%20Holmes/product/586b6a5bf40e724ee9f45c47?share=web

**Product ID**

586b6a5bf40e724ee9f45c47

**Seller Name**

Classic jewelry company

**Marketplace**

Wish

**Brand**

Sherlock Holmes

Following image took on: April 13, 2021, 7:32 AM UTC



**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: April 13, 2021, 7:32 AM UTC



Following image took on: April 13, 2021, 7:34 AM UTC



**Conan Doyle Estate Ltd.**        **Varley Declaration | Exhibit 2**

# 70. Darling E-commerce



Previous image took on: May 21, 2021, 7:19 AM UTC

Product Page

https://www.wish.com/search/Sherlock%20Holmes/product/608267a019d080263899706b?share=web

Product ID

608267a019d080263899706b

Seller Name

Darling E-commerce

Marketplace

Wish

Brand

Sherlock Holmes

**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

Following image took on: May 21, 2021, 7:19 AM UTC



Following image took on: May 21, 2021, 7:20 AM UTC



Conan Doyle Estate Ltd.                                           Varley Declaration | Exhibit 2

# 71. guoxiang1234



Previous image took on: August 20, 2021, 11:05 AM UTC

Product Page

https://www.wish.com/search/Sherlock%20Holm
es/product/60d0a35ef4b4315b776c8b07?
share=web

Product ID

60d0a35ef4b4315b776c8b07

Seller Name

guoxiang1234

Marketplace

Wish

Brand

Sherlock Holmes

**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: August 20, 2021, 11:05 AM UTC



Following image took on: August 20, 2021, 11:06 AM UTC



**Conan Doyle Estate Ltd.**

**Varley Declaration | Exhibit 2**

Following image took on: August 20, 2021, 11:07 AM UTC



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

# 72. LINNAns



Previous image took on: May 21, 2021, 11:54 AM UTC

Product Page

https://www.wish.com/search/Sherlock%20Holmes/product/5d8c330ac3b44233e8e7d909?share=web

Product ID

5d8c330ac3b44233e8e7d909

Seller Name

LINNAns

Marketplace

Wish

Brand

Sherlock Holmes

**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: May 21, 2021, 11:54 AM UTC



Following image took on: May 21, 2021, 11:55 AM UTC



**Conan Doyle Estate Ltd.**　　　　　　　　　　　　　　　**Varley Declaration | Exhibit 2**

# 73. love cosplayer



Previous image took on: April 13, 2021, 7:40 AM UTC

Product Page

https://www.wish.com/search/Sherlock%20Holmes/product/5aefeb03f03d9c150d55c9e4?share=web

Product ID

5aefeb03f03d9c150d55c9e4

Seller Name

love cosplayer

Marketplace

Wish

Brand

Sherlock Holmes

Following image took on: April 13, 2021, 7:40 AM UTC



**Conan Doyle Estate Ltd.**                    Varley Declaration | Exhibit 2

Following image took on: April 13, 2021, 7:40 AM UTC



Following image took on: April 13, 2021, 7:41 AM UTC



# 74. Miboy Store



**Product Page**

www.wish.com/search/Sherlock%20Holmes/product/5ef58b543b82f63528ddbb0c

**Product ID**

5ef58b543b82f63528ddbb0c

**Seller Name**

Miboy Store

**Marketplace**

Wish

**Brand**

Sherlock Holmes



**Conan Doyle Estate Ltd.**  Varley Declaration | Exhibit 2



**Conan Doyle Estate Ltd.**

**Varley Declaration | Exhibit 2**

# 75. MWN0 1



**Product Page**

www.wish.com/search/Sherlock%20Holmes/product/5d70e20377a39d1f8ee73452

**Product ID**

5d70e20377a39d1f8ee73452

**Seller Name**

MWN0 1

**Marketplace**

Wish

**Brand**

Sherlock Holmes



**Conan Doyle Estate Ltd.**                                    Varley Declaration | Exhibit 2



Conan Doyle Estate Ltd.                                         Varley Declaration | Exhibit 2

# 76. newjinhong



Previous image took on: April 13, 2021, 7:43 AM UTC

Product Page

https://www.wish.com/search/Sherlock%20Holm
es/product/593aba10e81e8a4a430f1728?
share=web

Product ID

593aba10e81e8a4a430f1728

Seller Name

newjinhong

Marketplace

Wish

Brand

Sherlock Holmes

Following image took on: April 13, 2021, 7:43 AM UTC



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

Following image took on: April 13, 2021, 7:44 AM UTC



Following image took on: April 13, 2021, 7:44 AM UTC



Conan Doyle Estate Ltd.                                    Varley Declaration | Exhibit 2

# 77. pengxuemei



Previous image took on: August 20, 2021, 11:08 AM UTC

Product Page

https://www.wish.com/search/Sherlock%20Holm
es/product/60cdf355b7c1c4cb0acc97c8?
share=web

Product ID

60cdf355b7c1c4cb0acc97c8

Seller Name

pengxuemei

Marketplace

Wish

Brand

Sherlock Holmes

**Conan Doyle Estate Ltd.**                                    **Varley Declaration | Exhibit 2**

Following image took on: August 20, 2021, 11:08 AM UTC



Following image took on: August 20, 2021, 11:08 AM UTC



**Conan Doyle Estate Ltd.**        **Varley Declaration | Exhibit 2**

Following image took on: August 20, 2021, 11:09 AM UTC



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

# 78. StyloLeatherJackets



Previous image took on: April 13, 2021, 8:00 AM UTC

Product Page

https://www.wish.com/search/Sherlock%20Holmes/product/5a1f078668788b77bee8aceb?share=web

Product ID

5a1f078668788b77bee8aceb

Seller Name

StyloLeatherJackets

Marketplace

Wish

Brand

Sherlock Holmes

Following image took on: April 13, 2021, 8:00 AM UTC



**Conan Doyle Estate Ltd.**

**Varley Declaration | Exhibit 2**

Following image took on: April 13, 2021, 8:01 AM UTC



Following image took on: April 13, 2021, 8:02 AM UTC



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

# 79. xiaodifeng258369



Previous image took on: August 20, 2021, 11:11 AM UTC

Product Page

https://www.wish.com/search/Sherlock/product/
600e5a7556f424d589a1d8d3?share=web

Product ID

600e5a7556f424d589a1d8d3

Seller Name

xiaodifeng258369

Marketplace

Wish

Brand

Sherlock Holmes

**Conan Doyle Estate Ltd.**        **Varley Declaration | Exhibit 2**

Following image took on: August 20, 2021, 11:11 AM UTC



Following image took on: August 20, 2021, 11:11 AM UTC



**Conan Doyle Estate Ltd.**                              **Varley Declaration | Exhibit 2**

Following image took on: August 20, 2021, 11:11 AM UTC



Following image took on: August 20, 2021, 11:12 AM UTC



Conan Doyle Estate Ltd.                                    Varley Declaration | Exhibit 2

# 80. XIAOQIANG -SHIP



Previous image took on: April 13, 2021, 8:04 AM UTC

Product Page

https://www.wish.com/search/Sherlock%20Holmes/product/5e4266ef232a804a81c6e397?share=web

Product ID

5e4266ef232a804a81c6e397

Seller Name

XIAOQIANG -SHIP

Marketplace

Wish

Brand

Sherlock Holmes

Following image took on: April 13, 2021, 8:05 AM UTC



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

Following image took on: April 13, 2021, 8:05 AM UTC



Following image took on: April 13, 2021, 8:10 AM UTC



**Conan Doyle Estate Ltd.**                    **Varley Declaration | Exhibit 2**

# 81. Yingxinly



**Product Page**

www.wish.com/search/Sherlock%20Holmes/product/5f45d25db89b7f05e65f8b0a

**Product ID**

5f45d25db89b7f05e65f8b0a

**Seller Name**

Yingxinly

**Marketplace**

Wish

**Brand**

Sherlock Holmes



**Conan Doyle Estate Ltd.**                              Varley Declaration | Exhibit 2

