**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE HEBREW UNIVERSITY OF JERUSALEM, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:21-CV-05067 <br><br> JUDGE ANDREA R. WOOD |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Plaintiff, by its counsel, shall appear telephonically before the Honorable Andrea R. Wood on Tuesday, November 9, 2021 at 1:15 p.m., to present its Motion for Entry of a Preliminary Injunction (the "Motion").

| | |
|---|---|
| Dated: November 4, 2021 | Respectfully submitted, <br><br> */s/ Sofia Quezada* <br> Ann Marie Sullivan <br> Alison Carter <br> Sofia Quezada <br> AM Sullivan Law, LLC <br> 1440 W. Taylor St., Suite 515 <br> Chicago, Illinois 60607 <br> Telephone: 224-258-9378 <br> E-mail: sjq@amsullivanlaw.com <br><br> ***ATTORNEYS FOR PLAINTIFF*** |

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 4, 2021, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Sofia Quezada*
Sofia Quezada